# Corporations and Charities Filing System

## Business Information

### BUSINESS INFORMATION

| | |
|---|---|
| Business Name: | **ARSHEE INC** |
| Business Type: | **WA PROFIT CORPORATION** |
| Principal Office Street Address: | **1780 PIKE AVE E104, RICHLAND, WA, 99354, UNITED STATES** |
| Expiration Date: | **09/30/2022** |
| Formation/ Registration Date: | **09/22/2016** |
| Inactive Date: | |
| Nature of Business: | **OTHER SERVICES** |
| UBI Number: | **604 038 834** |
| Business Status: | **ACTIVE** |
| Principal Office Mailing Address: | **1780 PIKE AVE E104, RICHLAND, WA, 99354, UNITED STATES** |
| Jurisdiction: | **UNITED STATES, WASHINGTON** |
| Period of Duration: | **PERPETUAL** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **ABUL AZAD** |
| Street Address: | **1780 PIKE AVE APT E104, RICHLAND, WA, 99354-5201, UNITED STATES** |
| Mailing Address: | **1780 PIKE AVE APT E104, RICHLAND, WA, 99354-5201, UNITED STATES** |

### GOVERNORS

| Title | Governors Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | ABUL | AZAD |

Back | Filing History | Name History | Print | Return to Business Search