# Dr. Larry Farwell, PhD

**June 10, 2015**

For more information:
website: https://larryfarwell.com
email: brainwave@larrryfarwell.com
phone: (206) 905-1009
mobile: (206) 250-5516

Dr. Larry Farwell is a scientist, inventor, entrepreneur, and expert on the effective use of the human brain in science and in life.  He invented Brain Fingerprinting and developed the first brainwave-based brain-computer interface.  He is Chairman, Founder, and Chief Science Officer of Brain Fingerprinting Laboratories, Inc. and Brain Fingerprinting, LLC.

Dr. Farwell holds a BA from Harvard University and a PhD from the University of Illinois at Urbana-Champaign.  He is a former research associate at Harvard.

Dr. Farwell invented Brain Fingerprinting, a technology to scientifically identify criminals and terrorists and to clear the innocent with extremely high accuracy by measuring brainwaves (EEG).  Dr. Farwell applied Brain Fingerprinting successfully to help to bring serial killer JB Grinder to justice and to exonerate Terry Harrington, a man falsely convicted and imprisoned for 23 years for murder.  Dr. Farwell has tested Brain Fingerprinting at the FBI, the CIA, the US Navy and in over 100 real-life cases.  It has been accurate in every case so far.  It has been published in the leading scientific journals, patented, and ruled admissible in court in the US.

TIME Magazine selected Dr. Farwell to the TIME 100: The Next Wave, the top innovators of this century, "the Picassos or Einsteins of the 21st century."  In addition to his publications in major scientific journals, Dr. Farwell has been featured in **ABC Good Morning America**, **CBS 60 Minutes, CNN**, **ABC World News**, **CBS Evening News**, **TIME** magazine, **The Washington Post**, **The New York Times**, **US News and World Report**, and television and print media throughout the world.

He has met with world leaders including US President George W. Bush to discuss his discoveries and inventions and their applications in global security.

Dr. Farwell also conducted pioneering research in the field of brain-computer interfaces (BCI).  He invented the first brain-computer interface, a device that allows an individual to communicate directly from the brain to a computer and speech synthesizer and to control robots using electrical brain activity.

Dr. Farwell has invented and developed new applications of brainwaves in several fields. He developed medical technology for the early detection of Alzheimer's and other cognitively degenerative diseases and pioneered the use of brainwaves to scientifically evaluate the effectiveness of advertising, training, and personal development programs.

He has written two books entitled **How Consciousness Commands Matter: The New Scientific Revolution and the Evidence that Anything Is Possible** (1st World Library, 2000) and **The Science of Creating Miracles: Neuroscience, Quantum Physics, and Living the Life of Your Dreams.**

Dr. Farwell has a black belt in kungfu.

**Employment and Academic Appointments**

1994 - 1996
Research Associate, Department of Psychiatry
Harvard Medical School

1991 – 2002
Chief Scientist and President
Human Brain Research Laboratory, Inc.

2002 –
Chairman, Founder, and Chief Science Officer
Brain Fingerprinting Laboratories, Inc.

2015 –
CEO, Founder, and Chief Science Officer
Brain Fingerprinting, LLC

**Academic Degrees**

B. A. Harvard University – Social Relations

M. A. University of Illinois at Urbana-Champaign – Biological Psychology

Ph.D. University of Illinois at Urbana-Champaign – Biological Psychology

**Representative Scientific Publications**

Farwell, L.A., Richardson, D.C., & Richardson, G.M. (2013). Brain fingerprinting field studies comparing P300-MERMER and P300 brainwave responses in the detection of concealed information. DOI 10.1007/s11571-012-9230-0, *Cogn Neurodyn*. *7*(4): 263-299. Available at: http://link.springer.com/article/10.1007/s11571-012-9230-0 .

Farwell L.A., Richardson D.C., Richardson G.M .and Furedy J.J. (2014). Brain fingerprinting classification concealed information test detects US Navy military medical information with P300. *Front. Neurosci. 8*:410. doi: 10.3389/fnins.2014.00410. Available at: http://journal.frontiersin.org/article/10.3389/fnins.2014.00410/abstract

Farwell, L.A., 2012. Brain fingerprinting: a comprehensive tutorial review of detection of concealed information with event-related brain potentials, *Cognitive Neurodynamics 6*:115-154, DOI 10.1007/s11571-012-9192-2.  Available at https://larryfarwell.com/pdf/Dr-Lawrence-Farwell-Brain-Fingerprinting-P300-MERMER-Review-Cognitive-Neurodynamics-Dr-Larry-Farwell.pdf  or from the National Institutes of Health: http://www.ncbi.nlm.nih.gov/pmc/articles/PMC3311838/

Farwell, L.A. and Makeig, T.H. (2005), Farwell Brain Fingerprinting in the case of *Harrington v. State.  Open Court, X [10]:*3, 7-10. Indiana State Bar Association, September 2005.

https://larryfarwell.com/pdf/OpenCourtFarwellMakeig-dr-larry-farwell-brain-fingerprinting-dr-lawrence-farwell.pdf

Farwell, L. A. and Smith, S. S. (2001). Using Brain MERMER Testing to Detect Concealed Knowledge Despite Efforts to Conceal. *Journal of Forensic Sciences 46*,1: 135-143. https://larryfarwell.com/pdf/Farwell-Smith-Journal-of-Forensic-Sciences-Brain-Fingerprinting-P300-MERMER-dr-larry-farwell-dr-lawrence-farwell.pdf

Farwell, L. A. and Donchin, E. (1991). The truth will out: interrogative polygraphy ("lie detection") with event-related brain potentials. *Psychophysiology, 28:*531-547. https://larryfarwell.com/pdf/Farwell-Donchin-1991-Psychophysiology-Brain-Fingerprinting-the-Truth-Will-Out-dr-larry-farwell-dr-lawrence-farwell.pdf

Farwell, L. A. and Donchin, E. (1988). Talking off the top of your head: toward a mental prosthesis utilizing event-related brain potentials. *Electroencephalography and Clinical Neurophysiology, 70:* 510-513. https://larryfarwell.com/pdf/Farwell-Donchin-1988-Talking-Off-the-Top-of-Your-Head-BCI-brain-computer-interface.pdf

Farwell, L. A. and Farwell, G.W. (1995). Quantum-Mechanical Processes and Consciousness. *Bulletin of the American Physical Society, 40*, 2, 956-57.

Books

Farwell, L.A. (2001). *How Consciousness Commands Matter: The New Scientific Revolution and the Evidence that Anything Is Possible.* First World Publishing / SunStar Press.

Farwell, L.A. (2021) *The Science of Creating Miracles: Neuroscience, Quantum Physics, and Living the Life of Your Dreams*. BC Allen Publishing. https://www.amazon.com/Science-Creating-Miracles-Neuroscience-Quantum/dp/0998029963/ref=tmm_pap_swatch_0?_encoding=UTF8&qid=1636927648&sr=8-3