# BIOGRAPHICAL SKETCH
Provide the following information for the key personnel and other significant contributors.
Follow this format for each person.

| NAME | POSITION TITLE |
|---|---|
| Maison, Thierry | Chief Architect – GET Group NA |
| eRA COMMONS USER NAME | |
| me@ThierryMaison.com | |

EDUCATION/TRAINING *(Begin with baccalaureate or other initial professional education, such as nursing, and include postdoctoral training.)*

| INSTITUTION AND LOCATION | DEGREE (if applicable) | YEAR(s) | FIELD OF STUDY |
|---|---|---|---|
| Lycee Technique de Strasbourg - France | B.T. | 1971 | Baccalaureat of Electrical and Electronic Science |
| University of Strasbourg - France | D.U.T. | 1975 | Diplome Universitaire de Technologie (Equivalent to U.S. Master Degree) |
| University of Strasbourg - France | Ph.D. | 1980 | Doctorate in Engineering Science |

## Positions and Honors

US 109th Congress Award of 2004 Unsung Hero Award presented by the honorable John F. Kerry United States Senator

Special Certificate of US Congressional Recognition - January 2005

Commonwealth of Massachusetts 2005 Award of outstanding service presented by Governor Mitt Romney

## Professional Experience

2018-Present – GET Group NA - Chief Architect: Global Enterprise Technology Group is a company that creates infrastructures for the issuance of secured credentials like driving licenses, passports, etc. They recently established a North America division. As a consultant, I am helping the company in providing answers and proposals to states and country-issued RFP. The duties involved the creation of infrastructure platforms with enhanced security and faster deployments.

2013-2019 – Government Works, Inc – CTO: Day-to-day management and architectural responsibility for the implementation of Brain Fingerprinting technology for Government Works, Inc. Architectural design responsibilities for product implementations (hardware, software, and operational.)

Provided technical representation when dealing with international customers.

Migrated engineering practices to new development methodologies and technological advances. Managing international vendors and contractors.

2010-2013 – MorphoTrust: Senior member of the Systems Engineering team responsible for the creation of architecture and design for State government secure credential issuance systems (State ID, Driving License, Commercial Driving License credentials). My responsibilities include technology presentation to State DPS commissioners and directors, collection of congressional requirements, system requirements, and IT ecosystem requirements of the State.

L-1 Identity Solution and later MorphoTrust a unit of Safran systems are designed for State-wide infrastructure with secured and centralized secure document factories, biometric fingerprint, and facial recognition system components.

I personally architected systems for the States of Oklahoma, Missouri, Louisiana, and Delaware and acted as a technology consultant for the higher offices of the States.

Other duties inside the Company involve Intellectual Property portfolio management, and technical advisor.

2007-2009 – Circa 3LLC / Epiphany Labs – CTO: Cloud computing and context search platforms for commercial Web 2.0 environments; custom eCommerce solutions.

2001-2009 - Securistics, Inc. – Principal, and Consultant: Cloud Computing platforms design and deployment for high-performance Web 2.0 environments; design of custom Customer Relationship Management (CRM), Enterprise Resource Planning (ERP), and Voice over Internet Protocol (VoIP) solutions for small business. Open Software, and commercial software solutions integrations.

2001 - Sariga Networks, Inc. – Chief Technical Officer and Founder: Co-founded Sariga Networks, a company dedicated to the design and manufacturing of Voice over IP-based switching equipment. Upon successful validation with customers of a concept that uses the existing carrier signaling infrastructure (SS7), the Company set a course for the architectural work associated with a system and ASIC design for the realization of the Sariga switch.

1998-2001 - InronBridge Networks, Inc. – Director of Systems Engineering: Responsible for the Systems Engineering group of IronBridge. Creation of the first 40 Terabit/S Internet protocol optical router; representative to ANSI.

1995-1998 - Steinbrecher Corporation / Tellabs Wireless Systems Division - Director of Systems Engineering: Design of the first software-radio-based cellular system.

1993-1995 - Telco Systems Fiber Optic Corporation – Senior Engineering Manager: Contributor to the Synchronous Optical NETwork (SONET) ANSI standard. Technical Advisor and contributor to a book written by Jim Lane, and published by Telco Systems, "Asynchronous Transfer Mode: Bandwidth for the Future".

1991-1993 – Telco Systems – Norwood, Massachusetts – Principal Systems Architect – Creation of the first Object-Oriented software platform for the telecommunication industry; contributor to the SONET and ATM ANSI standard.

1990-1991 - Bell Atlantic Software Systems – Systems Architect for CCITT/ISO, CMIS/CMIP based network management systems; representative in the OSI/NM Forum standards body.

1989-1990 - Eastman Kodak Company – Systems Architect for the Kodak Image Management System (KIMS), an enterprise-wide document management system.

1986-1989 - E/COM Inc. /Maison Associates – President and Founder: E/COM, Inc. (ElectroTelcom); remote telemetry design for the energy industry.

1982-1986 - Summa Four, Inc. – Senior Principal Engineer and Engineering Manager; first data and voice central office switching system; participant to the Belcore ISDN standard.

1980-1982 - Harris Corp. - RF Division – Technical Staff Engineer: Responsible for designing the main switching core of the Harris cellular mobile radio system a precursor of Cellular Radio systems.

1977-1980 - Analogic Corp. – Project Engineer: System and project engineer for the first full-body Computer Assisted Tomography (CAT) scanner.

1976-1977 - Telic Alcatel Co., France – Design Engineer: Design of logic subsystems for Telic switching systems.

1975-1976 - PYE Telecom Ltd., France – Design Engineer: Design of UHF radiotelephones and selective paging systems.

**White Papers and presentations**

"Scanning Subsystem – Generic Architecture Definition," Eastman Kodak Company, August 20, 1989.

"Representation of Dates and Times in Information Interchange," Eastman Kodak Company, October 16, 1989.

"Internationalization," Eastman Kodak Company, January 24, 1990.

"Distributed Energy Management System – An Architecture Overview," with contributions from Demetrios Mena, Bell Atlantic Software Systems division, July 11, 1991.

"Object-Oriented Technology," Telco Systems, Inc., March 3, 1992.

Contributions to the SONET BLSR ANSI standard, 1993.

"ATM in wireless networks? Sooner than you think," SPIE Proceedings Vol. 2602, pp. 174-180, paper# 2602-22, Steinbrecher Corporation.

"Telephony 101," Tellabs Wireless Systems Division, November 5, 1997.

"Introducing Voice Over IP in the Public Switched Telephony Networks," with contributions from Dr. Peter Levin and David Desjardins, Sariga Networks, Inc., June 21, 2001.

"State of the VoIP Market – A Tutorial of current VoIP approaches," with contributions from Dr. Peter Levin and David Desjardins Sariga Networks, Inc., June 27, 2001.

**Patents**

United States Patent 6,999,459, System and Method for Facilitating Recovery from Communication Link Failures in a Digital Data Network, Ross W. Callon, Thierry Maison (2/14/06)

United States Patent 5,719,860, Wideband Bus for Wireless Base Station, Maison et al. (4/13/99)

United States Patent 5,894,474, Wideband Bus for Wireless Base Station, Maison et al. (2/17/98)

France: Two military-classified patents on radio diversity and direction-finding short wave receiver systems. (1974)

**Affiliations**

AOPA (Airplane Owner and Pilot Association) - Private pilot

Notary Public of the Commonwealth of Massachusetts