Exhibit 3



Dr. Lawrence Farwell's Brain Fingerprinting System in 2007

The BWS system incorporated the features, algorithms, and functions of this system, except for the specific software for controlling the headset.



Dr. Lawrence Farwell's Brain Fingerprinting System in 1993