# Business Information

## BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **ARSHEE INC** | UBI Number: | **604 038 834** |
| Business Type: | **WA PROFIT CORPORATION** | Business Status: | **ACTIVE** |
| Principal Office Street Address: | **1780 PIKE AVE E104, RICHLAND, WA, 99354, UNITED STATES** | Principal Office Mailing Address: | **1780 PIKE AVE E104, RICHLAND, WA, 99354, UNITED STATES** |
| Expiration Date: | **09/30/2022** | Jurisdiction: | **UNITED STATES, WASHINGTON** |
| Formation/ Registration Date: | **09/22/2016** | Period of Duration: | **PERPETUAL** |
| Inactive Date: | | | |
| Nature of Business: | **OTHER SERVICES** | | |

## REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Registered Agent Name: | **ABUL AZAD** | | |
| Street Address: | **1780 PIKE AVE APT E104, RICHLAND, WA, 99354-5201, UNITED STATES** | Mailing Address: | **1780 PIKE AVE APT E104, RICHLAND, WA, 99354-5201, UNITED STATES** |

## GOVERNORS

| Title | Governors Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | ABUL | AZAD |

Back | Filing History | Name History | Print | Return to Business Search