UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
  BRAINWAVE SCIENCE, INC.

                           Plaintiff,

- against -

                           21-cv-4402 (BMC)

ARSHEE, INC., DR. LAWRENCE A.
FARWELL, DR. THIERRY MAISON and
BRAIN FINGERPRINTING FOUNDATION

                         Defendants.
------------------------------------------------------------ X

**Paul F. Tomkins,** pursuant to 28 U.S.C. §1746, declares under penalty of perjury that the following is true and correct:

1. My name is Paul Forrest Tomkins. I am an attorney at law duly admitted to appear pro hac vice before this Court. I serve as In House Counsel for Plaintiff Brainwave Science, Inc. (hereinafter "Brainwave"). I appear as attorney of record for Brainwave in this matter.

2. Attached hereto as **Exhibit A** is a true and accurate screenshot of the "Entity Information" for Arshee, Inc. obtained from the New York State, Department of State, Division of Corporations on November 18, 2021.

3. Attached hereto as **Exhibit B** is a true and accurate copy of a bid document maintained as a business record by my employer in connection with a tender with the Government of the People's Republic of Bangladesh. Attached hereto as **Exhibit C** is an English translation of same maintained as a business record by my employer.

4. Attached hereto as **Exhibit D** is a true and accurate copy of correspondence forwarded to Defendant Arshee, Inc. by the undersigned on or about June 30, 2021. Upon information and belief, this is the correspondence referenced within Arshee, Inc.'s affidavit to the Court (ECF #19-1, ¶8). The undersigned received no response to same from or on behalf of Arshee, Inc.

5. Attached hereto as **Exhibit E** is a true and accurate copy of the Intellectual Property Acknowledgement and Assignment Agreements between Defendant Farwell (individually and on behalf two other corporate entities) and Brainwave's predecessor in interest, Brainwave Science, LLC.

Pursuant to 28 U.S. Code § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 19th Day of November, 2021

*Paul F. Tomkins*
_____
Paul F. Tomkins, Esq.
*Attorney for Plaintiff Brainwave Science, Inc.*
*11 Broadway, Suite 615*
*New York, NY 10004*
*(607) 221-1279*