**November 17, 2021** | 3:15 pm
**COVID-19 Vaccines**

Vaccine appointments are available at New York State mass vaccination sites for children ages 5- 11. Vaccines are also widely available through your child's pediatrician, family physician, local county health department, FQHC, or pharmacy.

FIND PROVIDER >



Services    News    Government    COVID-19 Vaccine

Q Search

# Department of State
## Division of Corporations

### Entity Information

Return to Results    Return to Search

## Entity Details

**ENTITY NAME:** ARSHEE INC.
**FOREIGN LEGAL NAME:**
**ENTITY TYPE:** DOMESTIC BUSINESS CORPORATION
**SECTIONOF LAW:** 402 BCL - BUSINESS CORPORATION LAW
**DATE OF INITIAL DOS FILING:** 02/25/2008
**EFFECTIVE DATE INITIAL FILING:** 02/25/2008
**FOREIGN FORMATION DATE:**
**COUNTY:** Queens
**JURISDICTION:** New York, United States

**DOS ID:** 3635914
**FICTITIOUS NAME:**
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**ENTITY STATUS:** Active
**REASON FOR STATUS:**
**INACTIVE DATE:**
**STATEMENT STATUS:** PAST DUE DATE
**NEXT STATEMENT DUE DATE:** 02/28/2010
**NFP CATEGORY:**

ENTITY DISPLAY | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY

### Service of Process Name and Address

**Name:** THE CORPORATION
**Address:** 106-14 156TH STREET, 1 FL., JAMAICA, NY, United States, 11433