

স্মারক নং-র‍্যাব/ইন্ট/আইএমএমসি/২০২০-২০২১/১০০১/২১২   তারিখঃ ২৭ এপ্রিল ২০২১ খ্রিস্টাব্দ।

**বিষয়ঃ** র‍্যাব ফোর্সেস হেডকোয়ার্টার্সের ইন্টেলিজেন্স উইং এর জন্য BRAIN FINGER PRINT ক্রয়ের দরপত্র দাখিলকারী প্রতিষ্ঠান কর্তৃক ডেমো উপস্থাপন প্রসঙ্গে।

**সূত্রঃ**

ক।   টেন্ডার প্যাকেজ নম্বরঃ জিডি-৬/২০২০-২০২১।
খ।   স্মারক নং- র‍্যাব ফোর্সেস সদর দপ্তর/ইন্ট/ইনফো/২০২০-২০২১/১০০১/০২ তারিখঃ ১১ মার্চ ২০২১ খ্রিস্টাব্দ।
গ।   টেন্ডারের নামঃ Procurement of BRAIN FINGER PRINT.

১।   উপর্যুক্ত বিষয় ও সূত্র স্মারকসমূহের প্রেক্ষিতে চলতি ২০২০-২০২১ অর্থ বৎসরে র‍্যাব ফোর্সেস হেডকোয়ার্টার্সের ইন্টেলিজেন্স উইং এর জন্য BRAIN FINGER PRINT ক্রয়ের জন্য দরপত্র আহবান করা হয়। আহবানকৃত দরপত্রের প্রেক্ষিতে দরপত্র দাখিলকারী নিম্নবর্ণিত ছকে উল্লেখিত প্রতিষ্ঠানদ্বয়কে তাদের নামের পার্শ্বে উল্লেখিত সময় ও তারিখে Demonstration উপস্থাপন করার জন্য অনুরোধ করা হলোঃ

| ক্র/নং | প্রতিষ্ঠানের নাম ও ঠিকানা | Demonstration উপস্থাপনের তারিখ ও সময় | মন্তব্য |
|---|---|---|---|
| ১। | **Principal:** Speedial Trading LLC<br>**Manufacture:** Axxonet Global Limited<br>**Local Agent:** South Asian Software & Engineering Corporation, 3/49, Shah Ali Nagar, Miopur-1, Dhaka-1216. | ০৫-০৫-২০২১ খ্রিস্টাব্দ তারিখ সকালঃ ১১০০ ঘটিকা | |
| ২। | **Principal:** Arshee inc<br>**Manufacture:** Arshee inc, Newyork<br>**Local Agent:** Tracer Electrocom, House #2/3,(Ground Floor), Block-A, Lalmatia, Mirpur Road, Dhaka-1207 | ০৬-০৫-২০২১ খ্রিস্টাব্দ তারিখ সকালঃ ১১০০ ঘটিকা | |
| ৩। | **Principal:** Brainwave Science INC, USA<br>**Manufacture:** Brainwave Science.<br>**Local Agent:** Degital Security Solutions, 7/3 Uttar, Dhammondi, Kalabagan, Dhaka-1205. | ০৯-০৫-২০২১ খ্রিস্টাব্দ তারিখ সকালঃ ১১০০ ঘটিকা | |

২।   বিষয়টি আপনাদের অবগতি ও পরবর্তী কার্যক্রমের জন্য প্রেরণ করা হলো।

মুহাম্মদ খায়রুল ইসলাম, পিএসসি
লেঃ কর্নেল
পরিচালক (ইন্টেলিজেন্স উইং)
র‍্যাব ফোর্সেস সদর দপ্তর, ঢাকা
তারালাপনীঃ ৪৮৯৬৩১০৬

**কার্যার্থে বিতরণঃ (জ্যেষ্ঠতার ভিত্তিতে নয়)**

১।   South Asian Software & Engineering Corporation, 3/49, Shah Ali Nagar, Miopur-1, Dhaka-1216.
২।   Tracer Electrocom, House #2/3,(Ground Floor), Block-A, Lalmatia, Mirpur Road, Dhaka-1207.
৩।   Degital Security Solutions, 7/3 Uttar, Dhammondi, Kalabagan, Dhaka-1205.
৪।   অফিস কপি।