Goverment of the people's Republic of Bangladesh
Bangladesh Police
RAB Forces Headquarters
Intelligence Wing
Kurmitola, Dhaka-1229.

Memorandum no- RAB/Int/IMMC/2020-2021/1001/212     Date: 28 April, 2021

**Subject: Regarding the demo presentation by the tender submitter institute for purchasing BRAIN FINGER PRINT for Headquaters of intelligence wing of RAB forces.**

References:
  a. Tender package no: GD-6/2020-2021
  b. Memorandum no: Headquarters of RAB forces/int/info/2020-2021/1001/02
     Date: 11 March 2021.
  c. Tender name: Procurement of BRAIN FINGER PRINT

1. To purchase BRAIN FINGER PRINT for headquarters of intelligence wing of RAB forces in the fiscal year 2020-2021, a tender is call out based on above subject and reference. The three called tender institutes listed below are requested to present their demonstration in the date mentioned below beside respective name of their institute.

| SL No. | Institute Name and Address | Presention Date & Time for Demonstration | Remark |
|---|---|---|---|
| 1. | Principal: Speedial Trading LLC<br>Manufacture: Axxonet Global Limited<br>Local Agent: South Asian Software & Engineering Corporation 349, Shah Ali Nagar, Mirpur-1, Dhaka-1216 | Date: 05.05.2021<br>Time: 11.00 am | |
| 2. | Principal: Arshee inc<br>Manufacture: Arshee inc, Newyork<br>Local Agent: Tracer Eectrooom, House #2/3, Ground Floor),<br>Block-A, Lalmatia, Mirpur Road, Dhaka-1207 | Date: 06.05.2021<br>Time: 11.00 am | |
| 3. | Principal: Brainwave Science INC, USA<br>Manufacture: Brainwave Science.<br>Local Agent: Digital Security Solutions, 7/3 Uttar, Dhanmondi, Kalabagan, Dhaka-1205 | Date: 09.05.2021<br>Time: 11.00 am | |

2. This subject matter is sent for informing and for further activities.

Md. Khairul Islam, PSC
lieutenant colonel
Director (Intelligence Wing)
RAB Forces Headquarters, Dhaka
Telephone: 48963106

Submission based on action: (Not based on seniority)
1. South Asian Software & Engineering Corporation, 3/49,Shah Ali Nagar, Mirpur-1, Dhaka-1216
2. Tracer Electrocom, Hose #2/3 (Ground Floor), Block-A, Lalmatia, Mirpur Road, Dhaka-1207
3. Digital Security Solutions, 7/3 Uttar Dhanmondi, Kalabagan, Dhaka-1205
4. Office copy.