UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X   Civil Action No.: 21-CV-4402 (BMC)
BRAINWAVE SCIENCE, INC.,
        Plaintiff,

-against-                                          NOTICE OF MOTION

ARSHEE, INC., DR. LAWRENCE A.
FARWELL, DR. THIERRY MAISON and
BRAIN FINGERPRINTING FOUNDATION,
        Defendants.
-------------------------------------------------------X

       PLEASE TAKE NOTICE that upon the annexed Declaration of ABUL KALAM AZAD, sworn to this 14th day of November, 2021, the accompanying Memo of Law and the exhibits annexed thereto, and upon all the prior pleadings and proceedings had herein, the Defendant will move Court for an Order dismissing this action pursuant to Fed. R. Civ. P. 12(b)(2) as to each Defendant herein and for an Order dismissing this action as against Defendant Arshee, Inc. pursuant to Fed. R. Civ. P. 12(b)(6), and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
        October 25, 2021

                                            Yours, etc.

                                            CARBONARO LAW, PC
                                            Attorney for Defendants
                                            757 Third Avenue, 20th Floor
                                            New York, New York 10017
                                            (212) 888-5200
                                            Fax: (212) 898-0394
                                            Email: joe@jcarbonarolaw.com


                               By:   */s/Joseph W. Carbonaro*
                                            Joseph W. Carbonaro