

খঘ ২৬৯৮৯৮

## Bank Guarantee for Tender Security (Form PG4 –6)

| Invitation for Tender No: RAB FORCES HQ/INT/INFO/2020-2021/1001/02 | Date: 11.03.2021 |
|---|---|
| Tender Package No: GD-6/2020-2021 | |
| Tender Package Description: Procurement of BRAIN FINGER PRINT for RAB Battalions. | |
| Tender Lot No: Single Lot, | |
| To:<br>Director General<br>RAB Forces represented by Director (Intelligence Wing)<br>RAB Forces Headquarters, Kurmitula<br>Dhaka-1229<br>Bangladesh | |

GUARANTEE NO : 001231201006721
AMOUNT : USD: 8200/= in words: [Eight Thousand Two Hundred]
ISSUE DATE : 26.04.2021
EXPIRY DATE : 25.09.2021

We have been informed that ARSHEE Inc, Address: 1210 North 152 nd Street, Unit-531, Shoreline, WA-98133, USA (hereinafter called "the Tenderer") intends to submit to you its Tender dated: 11/03/2021 (hereinafter called "the Tender") for the Procurement of BRAIN FINGER PRINT for RAB Battalions under the above Invitation for Tenders (hereinafter called "the IFT").

Furthermore, we understand that, according to your conditions, Tenders must be supported by a Bank Guarantee for Tender Security.

For NCC BANK LTD.
Gulshan Branch, Dhaka

Authorised Signature       Authorised Signature
                           Fazal Mahmud
                           Senior Assistant Vice President
                           NCC Bank Ltd.
                           Gulshan Branch, Dhaka
                           PA No. 1230



২৬৭৪৮৭৯

| | |
|---|---|
| GUARANTEE NO | : 01231201006721 |
| AMOUNT | : USD: 8200/= in words: [Eight Thousand Two Hundred] |
| ISSUE DATE | : 26.04.2021 |
| EXPIRY DATE | : 25.09.2021 |

At the request of the Tenderer, we **National Credit And Commerce Bank Limited, Gulshan Branch**, Dhaka hereby irrevocably unconditionally undertake to pay you, without cavil or argument, any sum or sums not exceeding in total an amount of **USD: 8200/= in words: [Eight Thousand Two Hundred]** upon receipt by us of your first written demand accompanied by a written statement that the Tenderer is in breach of its obligation(s) under the Tender conditions, because the Tenderer:

a. has withdrawn its Tender after opening of Tenders but within the validity of the Tender Security ; or
b. refused to accept the Notification of Award (NOA) within the period as stated under Instructions to Tenderers (ITT) ; or
c. failed to furnish Performance Security within the period as stipulated in the NOA; or
d. refused to sign the Contract Agreement by the time specified in the NOA; or
e. Did not accept the correction of the Tender price following the correction of the arithmetic errors in accordance with the ITT.

For NCC BANK LTD.
Gulshan Branch, Dhaka

Authorised Signature     Authorised Signature
Senior Assistant Vice President
NCC Bank Ltd.
Gulshan Branch, Dhaka
PA No. 1230



খঘ ২৬৯৮৮৮০

| | |
|---|---|
| GUARANTEE NO | : 01231201006721 |
| AMOUNT | : USD: 8200/= in words: [Eight Thousand Two Hundred] |
| ISSUE DATE | : 26.04.2021 |
| EXPIRY DATE | : 25.09.2021 |

This guarantee will expire:

(a) if the Tenderer is the successful Tenderer, upon our receipt of a copies of the contract signed by the Tenderer and the Performance Security issued to you in accordance with the ITT; or

(b) if the Tenderer is not the successful Tenderer, twenty-eight (28) days after the expiration of the Tenderer's Tender validity period, being **25/09/2021.**

Consequently, we must receive at the above-mentioned office any demand for payment under this guarantee on or before that date.

For NCC BANK LTD.
Gulshan Branch, Dhaka

Authorised Signature    Authorised Signature

Fazal Mahmud
Senior Assistant Vice President
NCC Bank Ltd.
Gulshan Branch, Dhaka
PA No. 1230