

# Brain Fingerprinting, LLC

Dr. Lawrence A. Farwell, PhD
CEO

## MANUFACTURER'S AUTHORISATION LETTER (FORM PG4-5)

| | |
|---|---|
| Invitation for Tender No: **RAB FORCES HQ/INT/INFO/2020-2021/1001/02 DATE: 11-03-2021** | Date: 12 March 2021 |
| Tender Package No: **GD-6/2020-2021** | |
| Tender Lot No: | |
| To: Director (Intelligence Wing), RAB Forces Headquarters, Kurmitola, Dhaka-1229 on behalf of Director General, RAB Forces. **Attention**: Intelligence Wing, RAB Forces Headquarters, Kurmitola, Dhaka-1229. **Address**: RAB Forces Headquarters, Kurmitola, Dhaka-1229. | |

WHEREAS, We Brain Fingerprinting, LLC,

who are official manufacturers of Dr. Lawrence Farwell's Brain Fingerprinting System 1, having factories at 8825 34th Ave NE Suite L155, Marysville, WA 98271 USA do hereby,

authorize Arshee Inc., 1210 North 152nd street, Unit # 531, Shore Line, WA 98133 to supply the following Goods manufactured by us through Tracer Electrocom, Bangladesh.

**Farwell Brain Fingerprinting System 1**

We hereby extend our full guarantee and warranty as stated under GCC Clause 33 of the General Conditions of Contract, with respect to the Goods offered by the above Tenderer.

Signed:

*Lawrence A. Farwell*

Name: Dr. Lawrence A. Farwell, PhD
Email: brainwave@larryfarwell.com
Address: 8825 34th Ave NE Suite L155
Marysville, WA 98271 USA
Phone (+1) 206-905-1009
Fax (+1) 206-420-6193
Title: President and CEO
Date: April 12, 2021

---

brainwave@larryfarwell.com
phone (206) 905-1009

www.FarwellBrainFingerprinting.com
Skype: larry.farwell

123