UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X  Civil Action No.: 21-cv-4402 (BMC)
BRAINWAVE SCIENCE, INC.
    Plaintiff

- against -

-against-  NOTICE OF MOTION

ARSHEE, INC., DR. LAWRENCE A.
FARWELL, DR. THIERRY MAISON and
BRAIN FINGERPRINTING FOUNDATION

    Defendants.
-------------------------------------------------------X

    **PLEASE TAKE NOTICE** that upon the annexed affirmation of Joseph W. Carbonaro affirmed the 14th day of February, 2022, counsel for the defendants will move for an order relieving the undersigned as counsel on a date and at a time to be set by the Court, and for such other and further relief as this Court deems just and proper.

Dated: February 14, 2022
    New York, New York

    Yours, etc.

    CARBONARO LAW, PC
    Attorney for the Defendants
    757 Third Avenue, 20th Floor
    New York, New York 10017
    (212) 888-5200
    Fax: (212) 898-0394
    Email: joe@jcarbonarolaw.com

    By: __/s/Joseph W. Carbonaro____
           Joseph W. Carbonaro