# DECLARATOIN OF SERVICE

      I, Joseph W. Carbonaro. an attorney duly admitted to practice law before this Court and in the State of New York hereby affirm under penalty of perjury that on February 14, 2022, I served the Notice of Motion and Affirmation in Support of Motion to be Relieved as counsel upon each defendant by overnight delivery within the sole custody and control of the United States Postal Service, bearing sufficient postage to ensure receipt to the addresses below and by electronic mail to the email addresses below.

Dr. Lawrence A. Farwell
6838 471h Avenue
Seattle, WA 98115
brainwave@larryfarwell.com

Dr. Thier:ry Mason
7 Gloucester Drive
Franklin, MA 02038
me@thierrymaison.com

Arshee, Inc.
c/o Abul Kalam Azad
1210 North 152nd Street, Unit 531
Shoreline, WA 98133
Arsheeinc@gmail.com

Dated: New York, New York
       December 20, 2021

                                    /s/Joseph W. Carbonaro
                                      Joseph W. Carbonaro