

October 19, 2021

Joseph W. Carbonaro, Esq.
*Attorney for Defendants*
275 Madison Avenue, 6th Floor
New York, NY 10016
**Via US Postal Mail and**
**EMAIL:  joe@jcarbonarolaw.com**

                                            RE:    Brainwave Science, Inc, v. Arshee et. al.
                                                      21-cv-4402 (BMC)

Dear Mr. Carbonaro,

      Enclosed herein please find Plaintiff's Notices of Deposition for Lawrence A. Farwell and Thierry A. Maison.   Also enclosed herein please find Plaintiff's First Request for Production of Documents for Lawrence A. Farwell, Thierry A. Maison and Brain Fingerprinting Foundation.

                                            Sincerely,

                                            *Paul F. Tomkins*

                                            Paul F. Tomkins, Esq.

Enclosures