UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
      :

BRAINWAVE SCIENCE, INC.
      :
                       Plaintiff,

        - against -

                                         21-cv-4402 (BMC)
                                         **NOTICE OF DEPOSITION**
                                         **PURSUANT TO**
                                         **FED. R. CIV. P. 30(B)(6)**

ARSHEE, INC., DR. LAWRENCE A.
FARWELL, DR. THIERRY MAISON and
BRAIN FINGERPRINTING FOUNDATION

                       Defendants.

------------------------------------------------------------ X

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(6) and 45 the Local Court Rules of the Eastern District of New York, Plaintiff will take the deposition of Dr. Lawrence A. Farwell upon oral examination, to be recorded by stenographic means, at the offices Joseph W. Carbonaro, Esq., Attorney for Defendant Thierry Maison, 275 Madison Avenue, 6th Floor, New York, NY 10016 or such other place as may be agreed upon by Plaintiff's and Defendant's Counsel of Record.

The deposition(s) will commence at 9:00 a.m. on November 11, 2021, or such other date and time as may be agreed upon by Plaintiff's and Defendant's Counsel of Record. If necessary, each deposition will be adjourned until completed.

Dated this 19th Day of October, 2021

*Paul F. Tomkins*

_____

By**:**   Paul Forrest Tomkins, Esq.

      *Attorney for Plaintiff Brainwave Science, Inc.*
      11 Broadway, Suite 615
      New York, NY 10004
      (607) 221-1279


To:   Joseph W. Carbonaro, Esq.
      *Attorney for Defendant Lawrence Farwell*
      275 Madison Avenue, 6th Floor
      New York, NY 10016
      (212) 860-1535