# **DISCLOSURE COMMUNICATIONS**





**From:** Joseph Carbonaro <joe@jcarbonarolaw.com>
**Sent:** Thursday, November 4, 2021 12:19 PM
**To:** Paul Tomkins <ptomkins@brainwavescience.com>
**Subject:** Re: BWS v. Arshee et al - 21-cv-4402 (BMC) - Discovery and Depositions

I'm out of the country until the 9th so I doubt the 11th will work.  I'll get back to you.

Also on your motion I need more time to respond since I'm away.
Would you consent to an extension of one week?

Joseph W. Carbonaro, Esq.
CARBONARO LAW, PC
757 Third Avenue, 20th Floor
New York, New York 10017

T: 212.888.5200
T: 212.880.1535
F: 212.898.0394
E: joe@jcarbonarolaw.com

Westchester Office:
2 Overhill Road, 4th Floor
Scarsdale, New York 10583
T: 914.222.9141
F: 914.840.1298





**Paul Tomkins**
Fri 12/3/2021 11:51 AM

 

To: Joseph Carbonaro <joe@jcarbonarolaw.com>
Bcc: Krishna Ika

Joe,

I and my client are available for zoom depositions on 12/27, 12/28, 12/29, 12/30 or 12/31.   It was my understanding that you also had availability during this period.  Please advise as to Dr. Farwell's date(s) of availability for his zoom deposition.

Paul

**Paul F. Tomkins**
**Corporate Counsel**
**BRAINWAVE SCIENCE**
257 Turnpike Road
Southborough, MA 01772
Direct Dial: +1 607-221-1279
Email: ptomkins@brainwavescience.com
http://brainwavescience.com/

**Confidentiality Statement:** The information contained in this communication is confidential and may be subject to attorney-client privilege under United States Federal and State law(s).  It is intended solely for use by the recipient. If you are not the recipient, YOU ARE HEREBY NOTIFIED that any disclosure, copying, distribution or taking action in relation to the contents of this information is strictly prohibited and may be unlawful.  If you are not an employee, agent or principal of Brainwave Science, Inc. or Government Works, Inc., please be advised that this email does not create an attorney-client relationship and should not be construed as legal advice.

**Attorney Admissions:**  The author of this email is admitted to the New York State Supreme Court, Appellate Division (Reg. 4195632), United States Tax Court (Bar No. TP0171) and the United States Federal District Court (NDNY, Bar Roll No. 513006).

Joseph Carbonaro <joe@jcarbonarolaw.com>
Fri 12/3/2021 2:38 PM
To: Paul Tomkins

I'll reach out to Dr. Farwell and find out his availability.

From: Paul Tomkins <ptomkins@brainwavescience.com>



**Paul Tomkins**
Mon 12/27/2021 5:13 PM

To: Joseph Carbonaro <joe@jcarbonarolaw.com>

Thank you Joe. You do so as well.

Can we please get a deposition date for Dr. Farwell nailed down this week on the New York matter. Our scheduling order calls for depositions to be completed by 12/31. I can write up a revised stipulation if we need a few more weeks to get them accomplished but want to at least advise the Court that they have been scheduled when requesting this final extension.

Paul


**Paul F. Tomkins**
**Corporate Counsel**
≈BRAINWAVE SCIENCE
257 Turnpike Road
Southborough, MA 01772
Direct Dial: +1 607-221-1279
Email: ptomkins@brainwavescience.com
http://brainwavescience.com/

**Confidentiality Statement:** The information contained in this communication is confidential and may be subject to attorney-client privilege under United States Federal and State law(s). It is intended solely for use by the recipient. If you are not the recipient, YOU ARE HEREBY NOTIFIED that any disclosure, copying, distribution or taking action in relation to the contents of this information is strictly prohibited and may be unlawful. If you are not an employee, agent or principal of Brainwave Science, Inc. or Government Works, Inc., please be advised that this email does not create an attorney-client relationship and should not be construed as legal advice.

**Attorney Admissions:** The author of this email is admitted to the New York State Supreme Court, Appellate Division (Reg. 4195632), United States Tax Court (Bar No. TP0171) and the United States Federal District Court (NDNY, Bar Roll No. 513006).



**RE: Arshee**

Joseph Carbonaro <joe@jcarbonarolaw.com>
Mon 12/27/2021 5:20 PM
To: Paul Tomkins

Paul, I understand your frustration. I will do my level best to get dates for this.

From: Paul Tomkins <ptomkins@brainwavescience.com>

### Re: BWS adv. Arshee, Farwell, Maison, etc.



**Paul Tomkins**
Mon 1/31/2022 3:40 PM

To: Joseph Carbonaro <joe@jcarbonarolaw.com>

Joe,

Per Judge Cogan's Order, fact discovery on this matter closes in less than 30 days (2/22/22).

When can we expect to receive responses to our disclosure requests served more than ninety days ago (10/19/21)? You were sent reminders regarding same in November and December 2021.

We also need to schedule depositions in both the state and federal matters immediately. To date, our deposition notices and follow up emails have been ignored by your client.

Paul

**Paul F. Tomkins**
**Corporate Counsel**
**BRAINWAVE SCIENCE**
257 Turnpike Road
Southborough, MA 01772
Direct Dial: +1 607-221-1279
Email: ptomkins@brainwavescience.com
http://brainwavescience.com/

**Confidentiality Statement:** The information contained in this communication is confidential and may be subject to attorney-client privilege under United States Federal and State law(s). It is intended solely for use by the recipient. If you are not the recipient, YOU ARE HEREBY NOTIFIED that any disclosure, copying, distribution or taking action in relation to the contents of this information is strictly prohibited and may be unlawful. If you are not an employee, agent or principal of Brainwave Science, Inc. or Government Works, Inc., please be advised that this email does not create an attorney-client relationship and should not be construed as legal advice.

**Attorney Admissions:** The author of this email is admitted to the New York State Supreme Court, Appellate Division (Reg. 4195632), United States Tax Court (Bar No. TP0171) and the United States Federal District Court (NDNY, Bar Roll No. 513006).



**Paul Tomkins**
Thu 2/3/2022 5:48 PM

To: Joseph Carbonaro <joe@jcarbonarolaw.com>

Joe,

I don't believe we have been served with a notice to take deposition of Mr. Ika in either matter.   Mr. Ika has definite availability on 2/18 for a video deposition.

Again, please advise as to the status of our disclosure requests in the Federal matter.  They are now more than two months overdue.

Also please advise as to your clients' availability for depositions.  As our email correspondence will reflect, we have requested this information on numerous occasions.

Paul

**Paul F. Tomkins**
**Corporate Counsel**

257 Turnpike Road
Southborough, MA 01772
Direct Dial: +1 607-221-1279
Email: ptomkins@brainwavescience.com
http://brainwavescience.com/

**Confidentiality Statement:**  The information contained in this communication is confidential and may be subject to attorney-client privilege under United States Federal and State law(s).  It is intended solely for use by the recipient. If you are not the recipient, YOU ARE HEREBY NOTIFIED that any disclosure, copying, distribution or taking action in relation to the contents of this information is strictly prohibited and may be unlawful.  If you are not an employee, agent or principal of Brainwave Science, Inc. or Government Works, Inc., please be advised that this email does not create an attorney-client relationship and should not be construed as legal advice.

**Attorney Admissions:**  The author of this email is admitted to the New York State Supreme Court, Appellate Division (Reg. 4195632), United States Tax Court (Bar No. TP0171) and the United States Federal District Court (NDNY, Bar Roll No. 513006).