

Corporations and Charities Division
**Physical/Overnight address:**
801 Capitol Way S
Olympia, WA 98501-1226
**Mailing address:**
PO Box 40234
Olympia, WA 98504-0234
Tel: 360.725.0377
sos.wa.gov/corps

12/13/2021

LAWRENCE FARWELL
8825 34TH AVE NE
SUITE L155
MARYSVILLE WA 98271

**REGISTRATION NUMBER: 2003582.**

DEAR LAWRENCE FARWELL,

Thank you for your recent submission. This letter is to confirm that the following document have been received and successfully filed:

CLOSE CHARITABLE ORGANIZATION

You can view and download your filed document(s) for no charge at our website,
www.sos.wa.gov/ccfs

Additional information:

If **BRAIN FINGERPRINTING FOUNDATION.** needs to file their Final Financial Report please visit www.sos.wa.gov/ccfs
and submit an Amendment filing.

If **BRAIN FINGERPRINTING FOUNDATION.** contracted with one or more organizations to solicit and/or receive contributions in Washington State, please notify the Charities Program by
uploading a written document that states the status of each contract and the effective date of cancellation to the Amendment filing.

If at some point you wish to re-activate under the Act, please visit www.sos.wa.gov/ccfs and file a re-registration. Be sure to search the organization with registration number **2003582.**.

We appreciate your assistance in helping the Charities Program maintain current registration information for your organization. Please do not hesitate to contact our
office at charities@sos.wa.gov or (360) 725-0378 if you have any questions

Sincerely,

Corporations and Charities Division
Office of the Secretary of State
www.sos.wa.gov/charities



Filed
Secretary of State
State of Washington
Date Filed: 12/13/2021
Effective Date: 12/13/2021
Registration No: 2003582

# Charity Closure

## ITEM SUMMARY

Organization Name:
**BRAIN FINGERPRINTING FOUNDATION**
Organization Type:
**CHARITABLE ORGANIZATION**
Service:
**CLOSE CHARITABLE ORGANIZATION**
Registration Number:
**2003582**
FEIN:
**82-1098848**
UBI:
Received Date:
**12/13/2021**
Filing Date:
**12/13/2021**
Renewal Date:
**11/30/2021**
Status:
**Delinquent**
Email Opt-In:
☑

## EFFECTIVE DATE

Date of Closure:
**12/31/2020**

## FINANCIAL INFORMATION

First Accounting year end date:
Solicitation Comments:

## CLOSURE REASONS

- Organization Does not raise funds in WA
- Organization No Longer Exists
- Organization not needed to register

## RETURN ADDRESS FOR THIS FILING

Attention:

---

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2021121300732000 - 1
Received Date: 12/13/2021
Amount Received: $0.00

**LAWRENCE FARWELL**
Email:
**BRAINWAVE@LARRYFARWELL.COM**
Address:
**8825 34TH AVE NE, SUITE L155, MARYSVILLE, WA, 98271, USA**

## UPLOAD ADDITIONAL DOCUMENTS

Do you have additional documents to upload? **No**

## SIGNATURE/ ATTESTATION

First Name:
**LAWRENCE**
Last Name:
**FARWELL**
Date:
**12/13/2021**
Phone Number:
**206-905-1009**

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2021121300732000 - 1
Received Date: 12/13/2021
Amount Received: $0.00