Hon. Brian M. Cogan  
United States District Court Judge  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

February 26, 2022

Re: *Brainwave Science, Inc. v. Arshee, Inc., Farwell, Maison, and Brain Fingerprinting Foundation*  
21-cv-4402

Your Honor:

It am writing to request you to compel Plaintiffs to remove from their website immediately a demonstrably and unequivocally false, libelous, and fraudulent statement that is currently causing irreparable harm to me and also to a friend and colleague whose reputation and stature in the international counterterrorism and scientific communities are tied to mine.

At this link on the Brainwave Science, Inc. website https://brainwavescience.com/testimonial/ , the statement is as follows.

---

**Testimonials**





**Dr Adel Al Eid (Former Brig. Gen at National Information in Ministry of Interior, Saudi Arabia)**

"iCognative empowers investigators to accurately measure information hidden in a suspect's brain, leading accurately to the terrorists who schemed, contributed or carried out any act of terrorism or a criminal offence even before it happens. This technique enables counter terrorism officials to scientifically test suspected terrorists and to indict or exonerate them based on the information stored in their brains, even if a suspect has participated in a sleeper cell."

---

Dr. Adel Al Eid never made that statement, or any statement remotely similar to that statement, or any statement that might be construed as an endorsement of iCognative or Brainwave Science, Inc., or any statement at all that mentioned iCognative or Brainwave Science, Inc.

Dr. Al Eid is a long-time colleague and friend of mine with whom I have been working for years on implementing the genuine Farwell Brain Fingerprinting in Saudi Arabia. In addition to being a professional colleague, he is a personal friend of mine. He has entertained me at his home in Riyadh, a rare honor in that closed, formal society.

He holds the rank of General as well as a PhD-level expert in biotechnology. He is a rare combination of a highly decorated General and a renowned scientist and technologist.

I have spoken with him personally about the above quotation, and he has assured me that he never did and never would make such a statement.

The reason that the above statement on the Brainwave Science website is causing personal and professional damage to me personally is as follows.

At the highest level, the international community of world-class counterterrorism experts, to which both Dr. Al Eid and I belong, is a small community. The major players know each other, and know what is going on around the world, especially in the Middle East.

It is well known in that community that my invention of Brain Fingerprinting has been ruled admissible in court, published in the leading peer-reviewed scientific journals, applied at the CIA, the FBI, and the US Navy, sold and delivered through technology transfer to major counterterrorism agencies, and successfully applied in counterterrorism operations.

It is also well known that Brainwave Science's iCognative product has achieved none of these milestones. It has never been tested, peer-reviewed and published, sold and implemented in any major government agency anywhere, or applied successfully in any real-world case.

Moreover, it is also well known to Dr. Al Eid and throughout that community that Krishna Ika and Brainwave Science currently stand accused of fraud by authorities in Pakistan, South Africa, Thailand, Nigeria, and elsewhere. The alleged fraud involves false claims that Ika and his employees are qualified, credentialed, trained, and competent to effect a technology transfer of a sophisticated forensic science technology to a government agency, as well as various fraudulent acts allegedly committed in the course of the same, such as faking brainwave demonstrations. It is also well known that an individual who was listed on the BWS website as a board member and identified in correspondence from BWS' attorney as a corporate officer has been convicted in US federal court of attempting to sell stolen high-technology secrets to a foreign government – essentially the same crime of which Mr. Ika now stands accused in multiple jurisdictions.

Anyone with knowledge of the field will immediately recognize that the above statement on the Brainwave Science website is false and fraudulent. The iCognative product has never been shown either in the scientific laboratory or the field to be capable of doing any of the things claimed. Everyone expert will also know that, as a scientist in the field, Dr. Al Eid would be well aware that these claims attributed to him are false and fraudulent.

For Dr. Al Eid, the attribution of a false and fraudulent statement such as the one on the BWS website cited above, and the association with a known alleged criminal such as Mr. Ika, are extremely damaging to his standing in the counterterrorism, military, and scientific communities.

It is also well known in the world-class counterterrorism community, especially in the Middle East, that I am a close associate, collaborator, and friend of Dr. Al Eid. Damage to his reputation and standing results inevitably in damage to mine.

Moreover, damage to Dr. Al Eid's reputation and standing and mine interfere with our ongoing business operations, and with my practicing and profiting from my profession as the inventor and world's leading expert in Brain Fingerprinting.

The accompany Affidavit reiterates and provides additional support for the above.

For these reasons, I respectfully submit this motion to compel Mr. Ika and Brainwave Science, Inc. to remove the above quotation and all reference to Dr. El Eid from the BWS website immediately.

[Signature page immediately follows.]

2

*Lawrence A. Farwell*
Dr. Lawrence A. Farwell

Date: February 26, 2022

Email: brainwave@larryfarwell.com
Website: https://farwellbrainfingerprinting.com
Phone: +1 206-905-1009
Mobile: +1 2-6-250-5516
Address: 28375 Sandy Beach Lane NE
        PO Box 547
        Kingston, WA 98346