

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRAINWAVE SCIENCE, INC., | Civil Action No.: 21-cv-4402 (BMC) |
| Plaintiff, | |
| vs. | PETITION TO PROCEED AS PRO SE COUNSEL |
| ARSHEE, INC., DR. LAWRENCE A. FARWELL DR. THIERRY MAISON AND BRAINFINGERPRINTING FOUNDATION, | |
| Defendant | |

TO: THE ABOVE-NAMED COURT

I, Thierry Maison, a defendant in the above-entitled action, request the Court to allow me to represent myself, and do respectfully represent and state as follows:

1) My full name is Thierry Maison. Residing at 7 Gloucester Drive, Franklin, Massachusetts 02038.

2) I can be contacted via telephone: (508) 395-1069, or email: me@ThierryMaison.com

3) I have received and read the (complaint).

4) I understand the charge(s) made against me.

5) I understand that if the Court grants my petition to represent myself, I will be responsible for preparing my case for trial and trying my case. I understand that I will be bound by the same rules as an attorney. I understand that if I fail to do something in a timely manner or make a mistake because of my unfamiliarity with the law, I will be bound by those decisions and must deal with them myself.

Dated this 1 of March 2022.

_____
Thierry Maison

PETITION TO PROCEED AS PRO SE COUNSEL - 1