*rec in p drive 3/3



Submitted via Box.com

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------
X BRAINWAVE SCIENCE, INC.
Plaintiff

                              Pro Se Notice of Dr. Lawrence A. Farwell

- against -         Civil Action No.: 21-cv-4402 (BMC)

ARSHEE, INC., DR. LAWRENCE A. FARWELL, DR. THIERRY MAISON and BRAIN FINGERPRINTING FOUNDATION

Defendants.
------------------------------------------------------------ X

Comes now Defendant Dr. Lawrence A. Farwell and states:

I, Dr. Lawrence A. Farwell, am appearing pro se.

*Lawrence A. Farwell*

Dr. Lawrence A. Farwell, Defendant


Email: brainwave@larryfarwell.com
Website: https://farwellbrainfingerprinting.com
Phone: +1 206-905-1009
Mobile: +1 2-6-250-5516
Address: 28375 Sandy Beach Lane NE
         PO Box 547
         Kingston, WA 98346