RECEIVED IN PRO SE OFFICE
MARCH 2, 2022
VIA BOX.COM @ 11:33 PM

*rec in p drive 3/3/22

Hon. Brian M. Cogan  
United States District Court Judge  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201  

March 2, 2022

Re: *Brainwave Science, Inc. v. Arshee, Inc., Farwell, Maison, and Brain Fingerprinting Foundation*  
21-cv-4402

Your Honor:

It am writing to withdraw the First Counterclaim by Defendant Farwell (myself) in the original Answer to Complaint dated October 18, 2021.  I also withdrew said counterclaim in a letter dated February 28, 2022.  However, said letter contained other provisions that were disputed by the Plaintiff, and I have subitted a revised version thereof.  Therefore, for clarity at the possible cost of redundancy, I hereby withdraw said First Counterclaim in the original Answer to Complaint dated October 18, 2021.

For the sake of clarity, please note that the new First Counterclaim added in my letter of March 2, 2022 is NOT withdrawn and still stands.

*Lawrence A. Farwell*  
Dr. Lawrence A. Farwell, Defendant

Date: February 28, 2022

Email: brainwave@larryfarwell.com  
Website: https://farwellbrainfingerprinting.com  
Phone: +1 206-905-1009  
Mobile: +1 2-6-250-5516  
Address: 28375 Sandy Beach Lane NE  
　　　　　PO Box 547  
　　　　　Kingston, WA 98346