**FILED
in Clerk's Office
US District Court EDNY
March 3, 2022
Submitted via Box.com**
*Rec. in d prive 3/7/22*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRAINWAVE SCIENCE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ARSHEE, INC., DR. LAWRENCE A. FARWELL DR. THIERRY MAISON AND BRAIN FINGERPRINTING FOUNDATION, <br><br> Defendant | Civil Action No.: 21-cv-4402 (BMC) <br><br><br> INITIAL DISCLOSURES ACCORDING TO FEDERAL RULE OF CIVIL PROCEDURE 26 |

TO PLAINTIFF BRAINWAVE SCIENCE AND THEIR COUNSEL OF RECORD:

DEFENDANT Dr. Thierry Maison, referred to below as the "disclosing party," hereby submits the following disclosures following Fed. R. Civ. P. 26 ("Rule 26") 2 Plaintiff's Initial Disclosures Under Fed. R. Civ. P. 26

Rule 26(a)(1)(A)(i) - The name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support his or her claims or defenses unless the use would be solely for impeachment.

| Name of Individual Likely to have Discoverable Information | Contact Information (Address and Telephone Number) | Subject Matter of Discoverable Information |
|---|---|---|
| Thierry Maison | 7 Gloucester Drive <br> Franklin, MA 02038 <br> 508-395-1069 | Software development based on Microsoft Visual Studio (connected to the DevOps code repository). <br> Notes on software project |
| Microsoft Cloud | Microsoft Corporation, One Microsoft Way, Redmond, WA 98052-6399. | Microsoft Azure DevOps Location of the software code. Accessible to anybody with the given permission. |

INITIAL DISCLOSURES ACCORDING TO FEDERAL RULE OF CIVIL PROCEDURE 26 - 1

| | At various locations around the world. Changes with time and network availability. | |
|---|---|---|
| CGX, LLC | 8445 Camino Santa Fe, Suite 213, San Diego, CA 92121 858-864-9400 | Shipment information for commercial EEG headsets relating to the subject IP from Defendants |

Rule 26(a)(1)(A)(ii) - A copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in his or her possession, custody, or control and may use to support his or her claims or defenses unless the use would be solely for impeachment. (Please note that the disclosing party may either produce the documents, electronically stored information, and tangible things or fill in the table below.

| Description by Category of Document, Electronically Stored Information, or Tangible Thing | Description by Location of Document, Electronically Stored Information, or Tangible Thing |
|---|---|
| Software Code repository | Microsoft Azure DevOps cloud service. Accessible by the Defendant via Visual Studio |
| Documentation on Farwell Brain Fingerprinting software project. | 7 Gloucester Drive Franklin, MA 02038 |
| Commercial CGX, LLC EEG headsets | 7 Gloucester Drive Franklin, MA 02038 |
| Brain Fingerprinting Laptop | 7 Gloucester Drive Franklin, MA 02038 |

Dated this 3 of March 2022.

Thierry Maison
7 Gloucester Drive
Franklin, MA 02038

INITIAL DISCLOSURES ACCORDING TO FEDERAL RULE OF CIVIL PROCEDURE 26 - 2