FILED
in the Clerk's Office
U.S. District Court, EDNY
March 10, 2022
8:39PM
Brooklyn Pro Se Office via Box.com

*Rec in p drive 3/18/22 rg

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRAINWAVE SCIENCE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ARSHEE, INC., DR. LAWRENCE A. FARWELL DR. THIERRY MAISON AND BRAIN FINGERPRINTING FOUNDATION, <br><br> Defendant | Civil Action No.: 21-cv-4402 (BMC) <br><br><br> Affidavit of Dr. Thierry Maison in response to Order of December 13, 2021. |

Dr. Thierry Maison, being duly sworn, declares under penalty of perjury as follows:

1) I, Thierry Maison, submitting this Affidavit establishing that I have complied with the presently imposed preliminary injunction and I have a plan in place to retain all records related to this litigation.

2) Said preliminary injunction stated as follows:

   a) Defendants must take any commercially-practicable actions to recall or replace any software containing plaintiff's "confidential or proprietary information" from third parties;

   b) Defendants must not sell or transfer plaintiff's "confidential or proprietary information;"

   c) Defendants must not use plaintiff's "confidential or proprietary information" in any software update or product demonstration; and

   d) Defendants must provide to the plaintiff, at the plaintiff's sole expense, a report from an independent third party confirming that any P300-related software demonstration, sale, update, or transfer by defendants does not include the plaintiff's "confidential or proprietary information."

3) I am complying with the above provisions in the following ways.

   a) I was not involved in any business transactions related to or with the plaintiff's proprietary information and acted solely as a software developer to Dr. Lawrence Farwell.

   b) I was never renumerated for those efforts.

   c) The product of any code compilation (the software program) was transmitted exclusively to Dr. Lawrence Farwell and nobody else.

Affidavit of Dr. Thierry Maison in response to Order of December 13, 2021. - 1

    d)   That any development activities ceased at the beginning of this case, that no software updates or corrections were executed since, and the software may not be functional at this time due to Microsoft Windows updates.

    e)   That access to the online code repository was granted to the plaintiff's attorney of reference.

    f)   That ownership of the code repository can be transferred to the plaintiff's attorney on his request.

    g)   I have not sold or transferred personally any software that contains "plaintiff's proprietary information," and will not do so.

    h)   That any future developments on Electro Encephalogram-related (EEG) software will not contain any plaintiff's proprietary information.

4)   Regarding retaining all records related to this litigation have been archived and placed in a Google Drive location accessible to the plaintiff's attorney.

Dated this 11 of March 2022.

_____
Thierry Maison

Affidavit of Dr. Thierry Maison in response to Order of December 13, 2021. - 2