FILED
in the Clerk's Office
U.S. District Court, EDNY
March 20, 2022
8:29PM
Brooklyn Pro Se Office via Box.com

Hon. Brian M. Cogan
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*Case Name*: Brainwave Science, Inc. vs. Arshee, Inc., et al
*Case Number*: 1:21-cv-04402-BMC-RLM

Your Honor:

I write to you regarding your order entered on 3/20/2022 regarding my affidavit of establishing that I have complied with the presently imposed preliminary injunction and retained all records in this litigation, and the posting of a $2000 bond.

I entered my affidavit into the system on March 11, 2022, and personally posted the $2000 bond for the defendants on the same date. Enclosed is a copy of my affidavit and the receipt and tracking information from Federal Express.

Sincerely,

Thierry Maison




| | | |
|---|---|---|
| 10:23 AM | BROOKLYN, NY | Shipment arriving On-Time |
| 10:10 AM | BROOKLYN, NY | At local FedEx facility |

**Friday, March 11, 2022**

| | | |
|---|---|---|
| 8:09 PM | RAYNHAM, MA | Left FedEx origin facility |
| 5:30 PM | RAYNHAM, MA | Picked up |
| 10:22 AM | | Shipment information sent to FedEx |

Expand History ∨

## Shipment Facts

**TRACKING NUMBER**
270756822982

**SERVICE**
FedEx Priority Overnight

**WEIGHT**
0.5 lbs / 0.23 kgs

**TOTAL PIECES**
1

**TOTAL SHIPMENT WEIGHT**
0.5 lbs / 0.23 kgs

**TERMS**
Shipper

**INVOICE NUMBER**
PKG ID: 696120

**SHIPPER REFERENCE**
Thierry Maison

**PACKAGING**
FedEx Envelope

**SPECIAL HANDLING SECTION**
Saturday Delivery

**SHIP DATE**
3/11/22

**SHIPMENT-FACTS.COD-DETAIL**
$0.00

**STANDARD TRANSIT**
3/14/22 before 12:00 pm

**ACTUAL DELIVERY**
3/14/22 at 8:34 am

```
                    *postalcenter*
         Shipping, Printing and Business Services
                279 East Central Street
                   Franklin, Ma 02038
                     508.541.8100
                   fax 508-541-6788
                  www.postalcenter.com
               franklinma@postalcenter.com


Shipment--------------------
   FedEx Priority Overnight Envelope
   Ship To:
       Attn; Intake Department
       U.S District Court Eastern District of Ne
w Yor
       225 Cadman Plz E
       BROOKLYN, NY 11201
       Package                         70.06
   Contents:
       Documents
   Tracking #:  270756822982
   Expected arrival: Sat 03/12 12:00 PM

     SUBTOTAL                          70.06
     TAX                                0.00
     TOTAL                             70.06
   TEND American Expres                70.06

Total shipments: 1
Thierry Maison
Ian                              03/11/2022
#637482                             11:22 AM
Workstation: 53 - Auxiliary Workstation 2021
CCTran# a10e5d67-b7f0-4741-8613-8b00ee74645b



         Ground transit times are not guaranteed.
            All shipments not packed by
                    postalcenter
           are shipped at customer's own risk.
     All shipments packed and shipped by postalcenter
                  are covered by our
               Pack and Ship Pledge!
            -Direct all claim inquiries to-
                   -postalcenter-
             All claim decisions are decided
          by the shipping carrier and are final.


      Questions, Comments, Compliments or Concerns?
                  please email us at
              customerservice@postalcenter.com

               *****************************
                 Thank you for your business!
               *****************************


                  www.postalcenter.com
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRAINWAVE SCIENCE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ARSHEE, INC., DR. LAWRENCE A. FARWELL DR. THIERRY MAISON AND BRAIN FINGERPRINTING FOUNDATION, <br><br> Defendant | Civil Action No.: 21-cv-4402 (BMC) <br><br><br> Affidavit of Dr. Thierry Maison in response to Order of December 13, 2021. |

Dr. Thierry Maison, being duly sworn, declares under penalty of perjury as follows:

1) I, Thierry Maison, submitting this Affidavit establishing that I have complied with the presently imposed preliminary injunction and I have a plan in place to retain all records related to this litigation.

2) Said preliminary injunction stated as follows:

   a) Defendants must take any commercially-practicable actions to recall or replace any software containing plaintiff's "confidential or proprietary information" from third parties;

   b) Defendants must not sell or transfer plaintiff's "confidential or proprietary information;"

   c) Defendants must not use plaintiff's "confidential or proprietary information" in any software update or product demonstration; and

   d) Defendants must provide to the plaintiff, at the plaintiff's sole expense, a report from an independent third party confirming that any P300-related software demonstration, sale, update, or transfer by defendants does not include the plaintiff's "confidential or proprietary information."

3) I am complying with the above provisions in the following ways.

   a) I was not involved in any business transactions related to or with the plaintiff's proprietary information and acted solely as a software developer to Dr. Lawrence Farwell.

   b) I was never renumerated for those efforts.

   c) The product of any code compilation (the software program) was transmitted exclusively to Dr. Lawrence Farwell and nobody else.

Affidavit of Dr. Thierry Maison in response to Order of December 13, 2021. - 1

d) That any development activities ceased at the beginning of this case, that no software updates or corrections were executed since, and the software may not be functional at this time due to Microsoft Windows updates.

e) That access to the online code repository was granted to the plaintiff's attorney of reference.

f) That ownership of the code repository can be transferred to the plaintiff's attorney on his request.

g) I have not sold or transferred personally any software that contains "plaintiff's proprietary information," and will not do so.

h) That any future developments on Electro Encephalogram-related (EEG) software will not contain any plaintiff's proprietary information.

4) Regarding retaining all records related to this litigation have been archived and placed in a Google Drive location accessible to the plaintiff's attorney.

Dated this 11 of March 2022.

_____
Thierry Maison

Affidavit of Dr. Thierry Maison in response to Order of December 13, 2021. - 2