UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

BRAINWAVE SCIENCE, INC.

        Plaintiff

- against -

ARSHEE, INC., DR. LAWRENCE A.
FARWELL, DR. THIERRY MAISON and
BRAIN FINGERPRINTING FOUNDATION

        Defendants.

------------------------------------------------------------ X

RECEIVED IN PRO SE OFFICE
MARCH 22, 2022
VIA BOX.COM @ 5:29 PM

Letter from Defendant
Dr. Lawrence A. Farwell in
Response to Order of 3/20/2022

Civil Action No.: 21-cv-4402 (BMC-RLM)

Your Honor:

1. On March 20, 2022 you issued an order stating: "Defendants have now passed two deadlines set by this Court - a 3/15/2022 deadline to post a $2000 bond and a 3/13/2022 deadline to submit affidavits establishing that they have complied with the presently imposed preliminary injunction and retained all records in this litigation."

2. Thank you for extending the time for Defendants to comply with said deadlines.

3. Apparently, however, there has been a breakdown in communications. Defendant Dr. Maison and myself have timely met both requirements.

4. I submitted the referenced Affidavit on March 10, 2022 through the pro se office.

5. Dr. Thierry Maison submitted the required Affidavit on March 10, 2022.

1

6. Dr. Thierry Maison submitted the required $2,000 bond on behalf of all Defendants on March 13, 2022, and has sent documentation of the same to you in response to your order of March 20.

7. With all due respect for Your Honor and those who are responsible for bringing relevant documents to your attention, there are other documents that apparently may not have come to your attention yet, as follows:

    a. My Motion to Amend our Answer to Plaintiff's Complaint, submitted on March 7, 2022 through the pro se office.

    b. Defendants' First MOTION to Dismiss for Failure to State a Claim as to Defendant Arshee, Inc. and for lack of personal jurisdiction as to all defendants, filed November 11, 2021. Note that a ruling in Defendant's favor on said motion would effectively end this case.

8. It is my understanding that I am now, and have been since before the aforementioned deadlines, in compliance with all of the Court's orders and other requirements of Defendants in this case.

9. It is my understanding that Defendant Arshee is aware of the requirement to submit an Affidavit by April 1 as per the Court's order of March 20, and intends to do so.

Sincerely,

_Lawrence A. Farwell_ .

Lawrence A. Farwell, Defendant

Date: March 10, 2022

Lawrence A. Farwell, Defendant

Email: brainwave@larryfarwell.com
Website: https://farwellbrainfingerprinting.com
Phone: +1 206-905-1009
Mobile: +1 2-6-250-5516

Address: 28375 Sandy Beach Lane NE
PO Box 547
Kingston, WA 98346

cc: Paul Tomkins, Esq.
Dr. Thierry Maison
Arshee, Inc.