**GELB & BLACK, P.C.**
ATTORNEYS AT LAW
26 COURT STREET, SUITE 2305
BROOKLYN, NEW YORK 11242

JAMES I. GELB *
ANDREW S. BLACK

* ALSO ADMITTED IN N.J.

TELEPHONE (718) 858-8675
FAX (718) 858-7342

**By Certified Mail**

March 25, 2022

**Intake Department**
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: Brainwave Science, Inc. vs. Arshee, Inc., et al
Case No: 1:21-CV-04402-BMC-RLM

To Whom It Concern:

We represent Arshee, Inc.

Enclosed please find a check in lieu of a bond in the amount of $ 2,000.00 posted in this matter.

If you have any questions or comments, please do not hesitate to contact the undersigned.

Very truly yours,

GELB & BLACK, P.C.

*[signature]*

Andrew S. Black
ASB: wy
Enc



Andrew s. Black
26 COURT ST STE 2305
BROOKLYN NY 11242-1123



USPS CERTIFIED MAIL

9414 8118 9876 5841 1931 37

Intake Department
US District Court Eastern District of NY
225 CADMAN PLZ E
BROOKLYN NY 11201-1832

$6.33 US POSTAGE
FIRST-CLASS
Mar 25 2022
Mailed from ZIP 11242
2 oz First-Class Mail Letter

11923275



062S0012913542

Arshee Inc