UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------x
BRAINWAVE SCIENCE, INC.,

   Plaintiff,

 vs

ARSHEE, INC., DR. LAWRENCE A.
FARWELL DR. THIERRY MAISON
AND BRAIN FINGERPRINTING
FOUNDATION

   Defendants
-----------------------------------------------x

Civil Action No.: 21-cv-4402- BMC-RLM

**ACKNOWLEDGMENT OF THE EXTENSION TO THE NOTICE TO COMPEL DISCOVERY**

 Defendant ARSHEE, INC acknowledges the extension given by Magistrate Judge Roanne L. Mann on Motion to Compel Discovery and re-submit the information requested for the discovery and access methods for such material.

 DEFENDANT Arshee Inc, referred to below as the "disclosing party," hereby submits the following disclosures following Fed. R. Civ. P. 26 ("Rule 26") 2 Plaintiffs Initial Disclosures Under Fed. R. Civ. P. 26 Rule 26( a)(1 )(A)(i) - The name and, if known, the address and telephone number of each individual likely to have discoverable information - along with the subjects of that information - that the disclosing party may use to support his or her claims or defenses unless the use would be solely for impeachment. Name of Individual Likely to have Discoverable Information:

    Abul Kalam Azad

  Contact information: 1251 Birch St Edmonds WA 98020

    (509) 942-8817

Subject Matter of Discoverable Information on introducing Dr. Lawrence Farwell to his client in Bangladesh. Rule 26(a)(l)(A)(ii) - A copy- or a description by category and location - of all documents, electronically stored information, and tangible things that the disclosing party has in his or her possession, custody, or control and may use to support his or her claims or defenses unless the use would be solely for impeachment. (Please note that the disclosing party may either produce the documents, electronically stored information, and tangible things or fill in the table below.)

Description by Category of Document, Electronically Stored Information, or Tangible Thing:

Files on laptop computer Description by Location of Document, Electronically Stored Information, or Tangible Thing: 1215 Birch St Edmonds WA 98020

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by email to Paul Tomkins ptomkins@brainwavescience.com Opposing Counsel

Dated April 1, 2022.

Arshee, Inc.

By: Abul Kalam Azad