FILED
in the Clerk's Office
U.S. District Court, EDNY
April 4, 2022
5:37PM
Brooklyn Pro Se Office via Box.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

BRAINWAVE SCIENCE, INC.

        Plaintiff

        - against -

ARSHEE, INC., DR. LAWRENCE A. FARWELL, DR. THIERRY MAISON and BRAIN FINGERPRINTING FOUNDATION

        Defendants.

----------------------------------------------------------- X

Third Affidavit of Defendant Dr. Lawrence A. Farwell in Response to Order of 3/2/2022 and to Plaintiff's Letter Motion dated March 21, 2022 (ECF 54).

Civil Action No.: 21-cv-4402 (BMC-RLM)

Dr. Lawrence A. Farwell, being duly sworn, declares under penalty of perjury as follows:

By Order dated March 2, 2022, the Court directed Defendants to file affidavits to the Court "establishing that they have complied with the presently imposed preliminary injunction…" (ECF #38). In response to the Court's directive, I provided an Affidavit to the Court (ECF #51). In response, Plaintiff filed a letter motion dated March 21, 2022 (ECF 54) in which Plaintiff alleged various deficiencies of said affidavit.

I am writing in response to Plaintiff's Letter Motion of March 21, to cure the alleged deficiencies in said Affidavit, and in further response to the Court's Order of March 2, 2022.

The undersigned Defendant Dr. Farwell submitted documents relating to correspondence with Dr. Farwell's clients regarding the Farwell Brain Fingerprinting Software in use by Dr. Farwell's client, including Dr. Farwell's client the US Central Intelligence Agency (CIA) in Dr. Farwell's Affidavit of March 31, 2022.

This Affidavit provides additional information regarding the CIA's use of the Farwell Brain Fingerprinting system provided by Dr. Farwell and his colleagues to the CIA, and the software contained therein. This is documented in records of the following events.

1. **Dr. Farwell's in-person, face-to-face meeting with the President of the United States**, in which Dr. Farwell and the President developed a plan for the application of Farwell Brain Fingerprinting in counterterrorism and intelligence operations that was implemented by Dr. Farwell.
2. Correspondence between Dr. Farwell and the President of the US, attached hereto as Exhibit II-A, which describes the above referenced meeting and associated events involving the Farwell Brain Fingerprinting system.
3. **Dr. Farwell's in-person, face-to-face meetings with the Director of the CIA**, in which the Director provided more detailed guidance for the plan to implement Farwell Brain Fingerprinting in counterterrorism and intelligence operations worldwide.
4. Correspondence between Dr. Farwell and the Director of the CIA, attached hereto as Exhibit II-B, which describes some of the above-referenced meetings and associated events involving the Farwell Brain Fingerprinting System and its successful application in counterterrorism operations worldwide.

[Signature page immediately follows.]

*Lawrence A. Farwell* (signature)

Dr. Lawrence A. Farwell

Sworn to before me this 4ᵗʰ day of APRIL, 2022

State of WASHINGTON
County of KITSAP

On this, the 4ᵗʰ day of APRIL, 2022, before me, a notary public, the undersigned officer, personally appeared Lawrence A. Farwell, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

In witness hereof, I hereunto set my hand and official seal.

Notary Public
Erin Patton
Exp 01/23/2026

[Notary seal: ERIN PATTON, EXP. 01-23-2026, NOTARY PUBLIC, COMM# 170172, STATE OF WASHINGTON]

Dr. Lawrence A. Farwell, Defendant

Email: brainwave@larryfarwell.com
Website: https://farwellbrainfingerprinting.com
Phone: +1 206-905-1009
Mobile: +1 206-250-5516

Address: 28375 Sandy Beach Lane NE
PO Box 547
Kingston, WA 98346

cc: Paul Tomkins, Esq.
    Dr. Thierry Maison
    Arshee, Inc.
    Andrew Black, Esq.

**Exhibit II-A**

The President
The White House
1600 Pennsylvania Avenue, N.W.
Washington, DC 20500                                                                                                          April 2, 2022

Dear Mr. President:

**I am writing to bring to your attention a new scientific technology that is making a substantial difference in national security and bringing to light the truth: Brain Fingerprinting.**

**I have met personally with President George W. Bush** to discuss the potential contribution of this technology, which I invented, to national security.  He made specific suggestions, which I have implemented, as to how it can best be applied in counterterrorism and intelligence operations.  **I have also met personally with the former Director of the CIA,** ███████████, who contributed to the planning of how to best apply my invention in therein.

**I am writing to inform you of recent developments** that have taken place in applying this new technology in counterterrorism.

I'm also informing the Directors of the CIA and the FBI (copied here), with whom I'm already in contact. President Bush was the first to suggest that I also work with the Director of National Intelligence, whom I have also copied on this letter.

In recent years, most of my work with Brain Fingerprinting has been classified counterterrorism operations overseas.

On March 29, 2022 the first unclassified report came out on the success of these operations.  The scientific journal *Cognitive Neurodynamics* published a paper by myself and Graham Richardson on applying Brain Fingerprinting to detect concealed information stored in the brains of the perpetrators and planners of major terrorist crimes, and thereby to provide evidence to bring them to justice (https://link.springer.com/article/10.1007/s11571-022-09795-1 ; https://farwellbrainfingerprinting.com/pdf/Ex/Farwell_Richardson_2022_Brain_Fingerprinting_on_Major_Terrorist_Crimes_Cognitive_Neurodynamics.pdf).

Previously, my colleagues and I have applied Brain Fingerprinting at the FBI, the CIA, and the US Navy.  It has been ruled admissible in court. It has solved real-world crimes, including catching a serial killer and exonerating a man falsely convicted of murder and freeing him after 23 years in prison.

This invention and others, including the first brain-computer interface, led *TIME* magazine to select me to the TIME 100 Top Innovators of the century, "the Picassos or Einsteins of the 21st Century."

**Among the Farwell Brain Fingerprinting tests I have recently designed and implemented are tests to identify the respective terrorist masterminds behind a major terrorist hijacking, a major terrorist mass shooting, and multiple major terrorist bombings**, as reported (without identifying details) in the above article.

In the world today, wars and conflicts comprise as much a battle between truth and falsehood as a battle of bullets, missiles, and tanks.  Brain Fingerprinting is a scientific method for scientifically determining and proving the truth.  In my view, this new technology can be applied not only in solving crimes and identifying terrorists.  It can be highly useful in establishing the truth and countering lies in domestic and international arenas such as the war in Ukraine and other arenas where information and disinformation are competing for the attention and belief of the people of the world.

I will be happy to meet with you or your representatives in person or remotely to further discuss the application of my invention of Brain Fingerprinting in national security, counterterrorism, and the pursuit of truth.

Sincerely,

*Lawrence A. Farwell*

Dr. Lawrence A. Farwell, PhD

brainwave@larryfarwell.com; https://farwellbrainfingerprinting.com
28375 Sandy Beach Lane NE, PO Box 547
Kingston, WA 98346
phone +1 (206) 905-1009; mobile +1 (206) 250-5516

**Exhibit II-B**

Central Intelligence Agency
Director William J. Burns
Washington, DC 20505
April 2, 2022

Dear Mr. Burns:

I am writing as a follow-up to my letter of March 29, and to **bring to your attention a new scientific technology that is making a substantial difference in national security and bringing to light the truth: Brain Fingerprinting.**

**I have met personally with President George W. Bush** to discuss the potential contribution of this technology, which I invented, to national security. He made specific suggestions, which I have implemented, as to how it can best be applied in counterterrorism and intelligence operations. **I have also met personally with the former Director of the CIA,** ▮▮▮▮▮▮▮▮▮▮, who contributed to the planning of how to best apply my invention therein.

**Today I wrote a letter to President Biden regarding the successful application of Farwell Brain Fingerprinting in counterterrorism** (copy attached).

As mentioned in my previous letter, I first worked for the CIA on contract No. 92-F138600-000 comprising research on using Farwell Brain Fingerprinting to detect concealed information stored in the brain for the purpose of investigating terrorism and other crimes. I have worked extensively in applying Farwell Brain Fingerprinting in counterterrorism operations with your counterparts in Pakistan and elsewhere. I have trained Pakistani intelligence agency personnel in Farwell Brain Fingerprinting. All of this work is classified.

**On March 29, 2022 the first unclassified report came out on the success of these operations.** The scientific journal *Cognitive Neurodynamics* published a paper by myself and Graham Richardson on applying Brain Fingerprinting to detect concealed information stored in the brains of the perpetrators and planners of major terrorist crimes, and thereby to provide evidence to bring them to justice (https://link.springer.com/article/10.1007/s11571-022-09795-1 ; https://farwellbrainfingerprinting.com/pdf/Ex/Farwell_Richardson_2022_Brain_Fingerprinting_on_Major_Terrorist_Crimes_Cognitive_Neurodynamics.pdf).

Previously, my colleagues and I have applied Brain Fingerprinting at the FBI and the US Navy as well as the CIA. It has been ruled admissible in court. It has solved real-world crimes, including catching a serial killer and exonerating a man falsely convicted of murder and freeing him after 23 years in prison.

This invention and others, including the first brain-computer interface, led *TIME* magazine to select me to the TIME 100 Top Innovators of the century, "the Picassos or Einsteins of the 21st Century."

**Among the Farwell Brain Fingerprinting tests I have recently designed and implemented are tests to identify the respective terrorist masterminds behind a major terrorist hijacking, a major terrorist mass shooting, and multiple major terrorist bombings**, as reported (without identifying details) in the above article.

I have also worked extensively with the FBI Laboratory and published Brain Fingerprinting research with FBI forensic scientists Drew Richardson and Sharon Smith.

I will be happy to meet with you or your representatives and to provide any additional information you request.

Sincerely,

*Lawrence A. Farwell*
Dr. Lawrence A. Farwell, PhD
brainwave@larryfarwell.com
https://farwellbrainfingerprinting.com
28375 Sandy Beach Lane NE, PO Box 547
Kingston, WA 98346
phone +1 (206) 905-1009; mobile +1 (206) 250-5516

The President
The White House
1600 Pennsylvania Avenue, N.W.
Washington, DC 20500                                                                                                           April 2, 2022

Dear Mr. President:

**I am writing to bring to your attention a new scientific technology that is making a substantial difference in national security and bringing to light the truth: Brain Fingerprinting.**

**I have met personally with President George W. Bush** to discuss the potential contribution of this technology, which I invented, to national security.  He made specific suggestions, which I have implemented, as to how it can best be applied in counterterrorism and intelligence operations.  **I have also met personally with the former Director of the CIA,** ▬▬▬▬▬▬▬, who contributed to the planning of how to best apply my invention in therein.

**I am writing to inform you of recent developments** that have taken place in applying this new technology in counterterrorism.

I'm also informing the Directors of the CIA and the FBI (copied here), with whom I'm already in contact. President Bush was the first to suggest that I also work with the Director of National Intelligence, whom I have also copied on this letter.

In recent years, most of my work with Brain Fingerprinting has been classified counterterrorism operations overseas.

On March 29, 2022 the first unclassified report came out on the success of these operations.  The scientific journal *Cognitive Neurodynamics* published a paper by myself and Graham Richardson on applying Brain Fingerprinting to detect concealed information stored in the brains of the perpetrators and planners of major terrorist crimes, and thereby to provide evidence to bring them to justice (https://link.springer.com/article/10.1007/s11571-022-09795-1 ; https://farwellbrainfingerprinting.com/pdf/Ex/Farwell_Richardson_2022_Brain_Fingerprinting_on_Major_Terrorist_Crimes_Cognitive_Neurodynamics.pdf).

Previously, my colleagues and I have applied Brain Fingerprinting at the FBI, the CIA, and the US Navy.  It has been ruled admissible in court. It has solved real-world crimes, including catching a serial killer and exonerating a man falsely convicted of murder and freeing him after 23 years in prison.

This invention and others, including the first brain-computer interface, led *TIME* magazine to select me to the TIME 100 Top Innovators of the century, "the Picassos or Einsteins of the 21st Century."

**Among the Farwell Brain Fingerprinting tests I have recently designed and implemented are tests to identify the respective terrorist masterminds behind a major terrorist hijacking, a major terrorist mass shooting, and multiple major terrorist bombings**, as reported (without identifying details) in the above article.

In the world today, wars and conflicts comprise as much a battle between truth and falsehood as a battle of bullets, missiles, and tanks.  Brain Fingerprinting is a scientific method for scientifically determining and proving the truth. In my view, this new technology can be applied not only in solving crimes and identifying terrorists.  It can be highly useful in establishing the truth and countering lies in domestic and international arenas such as the war in Ukraine and other arenas where information and disinformation are competing for the attention and belief of the people of the world.

I will be happy to meet with you or your representatives in person or remotely to further discuss the application of my invention of Brain Fingerprinting in national security, counterterrorism, and the pursuit of truth.

Sincerely,

*Lawrence A. Farwell*

Dr. Lawrence A. Farwell, PhD

brainwave@larryfarwell.com; https://farwellbrainfingerprinting.com
28375 Sandy Beach Lane NE, PO Box 547
Kingston, WA 98346
phone +1 (206) 905-1009; mobile +1 (206) 250-5516