Case 1:21-cv-04402-BMC-RER   Document 67   Filed 06/13/22   Page 1 of 2 PageID #: 699

FILED
in the Clerk's Office
U.S. District Court, EDNY
June 12, 2022
5:40PM
Brooklyn Pro Se Office via Box.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

BRAINWAVE SCIENCE, INC.

      Plaintiff                                        Letter Motion of Dr. Lawrence A. Farwell

     - against -

                                                 Civil Action No.: 21-cv-4402 (BMC-RLM)

ARSHEE, INC., DR. LAWRENCE A.
FARWELL, DR. THIERRY MAISON and
BRAIN FINGERPRINTING FOUNDATION

              Defendants.

------------------------------------------------------------ X

On May 4, 2022, I filed a letter motion, which the Court granted, requesting a postponement of all activity in the subject case for 45 days due to my being temporarily incapacitated by an injury.

Said letter motion stated, in part, as follows:

> I have not read – and in my current condition I cannot read -- any pleadings or other correspondence relating to the case since my deposition on April 25.

> I respectfully request that you make whatever ruling is necessary to allow me the necessary time to read and respond to whatever developments have taken place in the case. I realize that this request is inadequately specific. However, it is all I can do in my present condition, and I will rectify any shortcomings as soon as I am physically and mentally able to do so.

Upon consultation with an orthopedist and an orthopedic surgeon, examinations, and tests including multiple x-rays and MRIs, it has come to light that my injuries are more serious and more debilitating than I originally assumed before said consultations, examinations, and tests. I am still unable to work, and it is likely that my injuries will require surgery.

In light of the above developments in my medical condition, I am writing to request an extension of an additional 45 days to the previous ruling, that is, that the postponement of activity on the case be extended until July 30, 2022.

I have also executed a power of attorney with Lisa Li, giving her the responsibility and authority to conduct all of my business, legal, and personal affairs for the next 45 days. She now monitors and controls my email account, brainwave@larryfarwell.com .

*Lawrence A. Farwell*

Dr. Lawrence A. Farwell

Date: June 12, 2022


Email: brainwave@larryfarwell.com
Website: https://farwellbrainfingerprinting.com
Phone: +1 206-905-1009
Mobile: +1 206-250-5516
Address: 28375 Sandy Beach Lane NE
        PO Box 547
        Kingston, WA 98346


cc: Paul Tomkins, Esq.
    Dr. Thierry Maison
    Arshee, Inc.