

Lawrence A. Farwell
~~6838 47th Avenue~~
~~Seattle, WA 98115~~

Not at this address

