

## IN THE US DISTRICT COURT EDNY

### Declaration of Service

21-cv-4402 (BMC)

**Plaintiff/Petitioner:** Brainwave Science, Inc.

**Defendant/ Respondent:** ARSHEE, INC., DR. LAWRENCE A. FARWELL, DR. THIERRY MAISON and BRAIN FINGERPRINTING FOUNDATION

I am a Private Investigator, duly licensed by the State of Washington. On Friday, July 22nd, 2022, at approximately 3:10 pm, I personally served Dr. Lawrence A. Farwell at 28375 Sandy Beach Ln NE, Kingston, WA, 98346 with: true and accurate copies of Plaintiff's Order to Show Cause to hold Lawrence A. Farwell in Contempt of Court (ECF 66); Plaintiff's Memorandum of Law in Support of Order to Show Cause (ECF 66-1); Plaintiff's Affirmation in Support of Order to Show Cause (ECF 66-2); Exhibit A to Plaintiff's Affirmation in Support of Order to Show Cause (ECF 66-3); 7-20-22 Docket Order Magistrate Judge Roanne L. Mann; Local Civil Rule 83.6 – "Contempt Proceedings in Civil Cases.

I hereby certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed on July 22nd, 2022 in Kingston, Washington.

*[signature]*
Samuel DeJesus (Jul 22, 2022 17:57 PDT)

Samuel DeJesus

Private Investigator, #4742

360-890-1817

samuel@argiainvestigations.com

1