**PLAINTIFF'S REPLY AFFIRMATION IN RESPONSE TO DEFENDANT FARWELL'S RESPONSE TO ORDER GRANTING MOTION TO SHOW CAUSE**

**Exhibit A**



**Brain Fingerprinting**
June 29

The Farwell Brain Fingerprinting for Ukraine Project
Dr. Larry Farwell

Dr. Larry Farwell has offered to provide Brain Fingerprinting free of charge to Ukraine to provide a scientific technology for determining the truth regarding war crimes, spies and traitors in the Ukrainian government and military, and the competing narratives about the war. We are calling for volunteers to assist in this effort.

Farwell Brain Fingerprinting is a scientific technology to detect concealed information in the brain and establish the truth. (See https://farwellbrainfingerprinting.com.) Dr. Larry Farwell invented the technology, patented it, published it in major scientific journals, tested and proved it at the FBI, the CIA, and the US Navy, and applied it to solve major crimes. Farwell Brain Fingerprinting proved over 99% accurate in the laboratory and the field and has been ruled admissible as scientific evidence in court in the US.

Dr. Farwell then met with the President of the US, George W. Bush, the Director of the CIA, and the Chief of the FBI's Counterterrorism Unit (HMRU), Dr. Drew Richardson. Together they formulated a plan to apply Farwell Brain Fingerprinting in classified counterterrorism operations around the world. Dr. Farwell and Dr. Richardson, who left the FBI to join Dr. Farwell's Brain Fingerprinting Laboratories, have successfully carried out this plan around the world, particularly in the Middle East and South Asia. Dr. Richardson was killed in 2107, and Dr. Farwell has continued the counterterrorism operations since then.

Until recently, it has not been possible to speak publicly about this due to the classified nature of the operations. In March, 2022, however, the scientific journal Cognitive Neurodynamics published a scientific article (Farwell and Richardson 2022, Brain fingerprinting field study on major, terrorist crimes) that reported (without identifying details) the success of Dr. Farwell's Brain Fingerprinting counterterrorism applications. This included developing tests to detect the terrorist masterminds behind major terrorist attacks, a major mass shooting, a major hijacking, and multiple bombings.

This is applicable to the current world situation as follows.  The major problem in the world today arguably is the war in Ukraine.  There are five areas where assistance is critically needed immediately.  Two of these areas are currently being addressed.   Farwell Brain Fingerprinting can provide critically needed science and technology to address the remaining three urgent requirements that are not yet being adequately met.

1. Weapons. This is being handled by various national governments.
2. Communications and Intelligence.  Elon Musk made a huge contribution by providing Starlink to Ukraine, and several national governments are collaborating in intelligence.
3. Detecting traitors and spies. A major problem is detecting those among the Ukrainian government, military, and other agencies who are secretly working for the Russians.  This is a major problem, as the war is not only with Russia but also with some of those inside Ukraine, many of them performing their treason in secret.  Farwell Brain Fingerprinting can accurately and scientifically detect these individuals, and exonerate innocents, by detecting the record of criminal activity stored in the brain.
4. War crimes. Another major problem is gathering solid evidence regarding war crimes. There is voluminous evidence regarding the crimes, but scant evidence regarding who committed them.  Brain Fingerprinting can scientifically and accurately distinguish between war criminals and innocents.
5. Distinguishing the truth. A major issue is showing to the world which narrative is true – Putin's narrative or Zelensky's narrative.  This is not just a war of missiles and bullets, but more fundamentally a war of truth versus falsehood.  Here again, Brain Fingerprinting can make a critical difference both in reality and in public perception by scientifically determining the truth.

I, Dr. Larry Farwell, and my colleagues are willing to provide, immediately and free of charge, the needed technology for three of the major five immediate problems in the war in Ukraine.  This Farwell Brain Fingerprinting technology is critically and immediately needed in Ukraine and could make a major difference in the outcome of the war and the entire world order.

What is needed now is the necessary resources to implement the Farwell Brain Fingerprinting in Ukraine project. This will require partners who can provide business expertise, organization, infrastructure, logistics, funding, and expertise in international law, public and governmental relations, and national and global security.

If you have such resources and would like to participate, please contact:
Dr. Larry Farwell
Email: brainwave@larryfarwell.com; Phone (+1) 206-905-1009; Mobile (+1) 206-250-5516