Received In Pro Se Office
August 16, 2022 at 7:33 pm
via Box.com

Honorable Brian M. Cogan
United States District Court Judge
U.S. Eastern District, New York
225 Cadman Plaza East
Brooklyn, NY 11201

*rec in p drive 8/18/22 rg

August 16, 2022

RE: Brainwave Science, Inc. v. Arshee, Inc. et al Case Number: 1:21-cv-04402-BMC

**Dr. Lawrence Farwell's Letter Motion 3**

Dear Judge Cogan,

I, Dr. Lawrence A. Farwell, am Defendant (pro se) in the referenced case.

On August 14, 2022 I submitted a Letter Motion to modify the Preliminary Restraining Order (ECF 30).

Said Letter Motion was submitted without any supporting documentation, due to an error in filing documents.

The Court issued a ruling without benefit of reading the necessary supporting documentation containing the relevant facts and arguments.

Today, August 16, 2022, I submitted and Affidavit in Support of said Letter Motion that contained the relevant facts and arguments.

I respectfully request that the Court reconsider the Court's ruling on the Letter Motion in light of the relevant facts and arguments provided therein.

Sincerely,

*Lawrence A. Farwell*

Dr. Lawrence A. Farwell
Defendant
28375 Sandy Beach Lane NE
PO Box 547
Kingston, WA 98346
email: brainwave@larryfarwell.com
phone (206) 905-1009
mobile (206) 250-5516

1