Received in Pro Se Office on
Aug 23, 2022, 6:08 AM via
Box.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

BRAINWAVE SCIENCE, INC.

        Plaintiff

                                    Defendant Dr. Lawrence A. Farwell Reply
                                  to Order to Show Cause: Defendant Farwell
                                  Has Provided Disclosures in Response to
                                  Plaintiff's First Request for Production of
                                  Documents

                - against -

                                    Civil Action No.: 21-cv-4402 (BMC-RLM)

ARSHEE, INC., DR. LAWRENCE A.
FARWELL, DR. THIERRY MAISON and
BRAIN FINGERPRINTING FOUNDATION

                    Defendants.

------------------------------------------------------------ X

**Defendant Dr. Farwell's Second Response to Order granting [66] Motion for Order to Show Cause**

I, Dr. Lawrence A. Farwell, am Defendant (pro se) in the referenced case.

On July 20, 2022 Magistrate Judge Roanne L. Mann ordered me to show cause why I should not be held in contempt of court for failure to timely produce outstanding discovery.

On August 22, 2022 I filed a Response to Order to Show Cause.  I stated therein that I would timely comply with the order to produce outstanding discovery by August 23, 2022.

This is to inform the Court that I have timely produced outstanding discovery as promised.  I have submitted my response to the discovery demands to the Plaintiff via email and through documents that can be downloaded from Dropbox at this link:

https://www.dropbox.com/sh/2v8g0l4kbqntzij/AABgigkVfdw5iej5tPAEUtnza?dl=0


Dr. Lawrence A. Farwell

Defendant

28375 Sandy Beach Lane NE
PO Box 547
Kingston, WA 98346
email: brainwave@larryfarwell.com
phone (206) 905-1009
mobile (206) 250-5516