### Re: BWS adv. Arshee, Farwell, Maison, etc.

Paul Tomkins <ptomkins@brainwavescience.com>
Mon 1/31/2022 4:40 PM

To: Joseph Carbonaro <joe@jcarbonarolaw.com>

Joe,

I am not aware of any provision in the FRCP or EDNY local rules which stays discovery pending a 12(b)(2) and/or 12(b)(6) motion.  Absent a motion to extend the Court's deadline, discovery must be completed by 2/22/22.

We are seeking to depose Dr. Maison, Dr. Farwell and Mr. Azad in the Federal claim.   We will likely waive a second deposition of Farwell in the NYS matter barring any issues with time (i.e. if we can get through all required testimony in one day).

We would like to review your proposed evaluator's qualifications, process for conducting the code comparison, tri-parte NDA, etc.  I reached out to them earlier today.  They have promised to get back to us today (I believe they are on PST).  I will keep you updated.

Paul


**Paul F. Tomkins**
**Corporate Counsel**



257 Turnpike Road
Southborough, MA 01772
Direct Dial: +1 607-221-1279
Email: ptomkins@brainwavescience.com
http://brainwavescience.com/

**Confidentiality Statement:**  The information contained in this communication is confidential and may be subject to attorney-client privilege under United States Federal and State law(s).  It is intended solely for use by the recipient.  If you are not the recipient, YOU ARE HEREBY NOTIFIED that any disclosure, copying, distribution or taking action in relation to the contents of this information is strictly prohibited and may be unlawful.  If you are not an employee, agent or principal of Brainwave Science, Inc. or Government Works, Inc., please be advised that this email does not create an attorney-client relationship and should not be construed as legal advice.

**Attorney Admissions:**  The author of this email is admitted to the New York State Supreme Court, Appellate Division (Reg. 4195632), United States Tax Court (Bar No. TP0171) and the United States Federal District Court (NDNY, Bar Roll No. 513006).

---

**From:** Joseph Carbonaro <joe@jcarbonarolaw.com>
**Sent:** Monday, January 31, 2022 4:12 PM
**To:** Paul Tomkins <ptomkins@brainwavescience.com>

**Subject:** Re: BWS adv. Arshee, Farwell, Maison, etc.

Paul,

He hasn't ruled on the 12b6 motion yet and it may be months before he does.  Having said that, I am trying to get you deposition dates.  I responded to your state court document demand a while back.  There is probably a lot of overlap between the State and federal demands on both sides.  I'll  make another effort to get you deposition dates before the 22nd.  I'd also suggest that in the event we can get the testing of Farwell vs ICognitive system done quickly, this case should settle.  If not, we have to wait until he decides the motion. Please let me know if you have any problem with the expert we propose to use.  From my reading of the injunction, there is no set method of selection, which I take to mean that we get to select and you get to make your objections known afterward, if you have any.  That is how I surmise this to work.

Joe


Joseph W. Carbonaro, Esq.
CARBONARO LAW, PC
757 Third Avenue, 20th Floor
New York, New York 10017

T: 212.888.5200
T: 212.880.1535
F: 212.898.0394
E: joe@jcarbonarolaw.com

Westchester Office:
2 Overhill Road, 4th Floor
Scarsdale, New York 10583
T: 914.222.9141
F: 914.840.1298

**From:** Paul Tomkins <ptomkins@brainwavescience.com>
**Sent:** Monday, January 31, 2022 3:40:21 PM
**To:** Joseph Carbonaro <joe@jcarbonarolaw.com>
**Subject:** Re: BWS adv. Arshee, Farwell, Maison, etc.

Joe,

Per Judge Cogan's Order, fact discovery on this matter closes in less than 30 days (2/22/22).

When can we expect to receive responses to our disclosure requests served more than ninety days ago (10/19/21)?   You were sent reminders regarding same in November and December 2021.

We also need to schedule depositions in both the state and federal matters immediately.  To date, our deposition notices and follow up emails have been ignored by your client.

Paul

**Paul F. Tomkins**
**Corporate Counsel**



257 Turnpike Road

Southborough, MA 01772

Direct Dial: +1 607-221-1279

Email: ptomkins@brainwavescience.com

http://brainwavescience.com/

**Confidentiality Statement:**  The information contained in this communication is confidential and may be subject to attorney-client privilege under United States Federal and State law(s).  It is intended solely for use by the recipient. If you are not the recipient, YOU ARE HEREBY NOTIFIED that any disclosure, copying, distribution or taking action in relation to the contents of this information is strictly prohibited and may be unlawful.  If you are not an employee, agent or principal of Brainwave Science, Inc. or Government Works, Inc., please be advised that this email does not create an attorney-client relationship and should not be construed as legal advice.

**Attorney Admissions:**  The author of this email is admitted to the New York State Supreme Court, Appellate Division (Reg. 4195632), United States Tax Court (Bar No. TP0171) and the United States Federal District Court (NDNY, Bar Roll No. 513006).

---

**From:** Joseph Carbonaro <joe@jcarbonarolaw.com>
**Sent:** Monday, January 31, 2022 2:22 PM
**To:** Paul Tomkins <ptomkins@brainwavescience.com>
**Subject:** BWS adv. Arshee, Farwell, Maison, etc.

Paul,

See attached document demand.  I believe you supplied much of what is demanded in the State court action. The demands more specific to this case are toward the end of the document.

Joe

Joseph W. Carbonaro, Esq.
CARBONARO LAW, PC
757 Third Avenue, 20th Floor
New York, New York 10017

T: 212.888.5200
T: 212.880.1535
F: 212.898.0394
E: joe@jcarbonarolaw.com

Westchester Office:
2 Overhill Road, 4th Floor
Scarsdale, New York 10583
T: 914.222.9141
F: 914.840.1298

**Disclaimer:**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

**Disclaimer:**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

**Disclaimer:**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.