**From:** Joseph Carbonaro <joe@jcarbonarolaw.com>
**Sent:** Monday, January 31, 2022 1:55 PM
**To:** Dr. Larry Farwell <brainwave@larryfarwell.com>; Thierry Maison (me@thierrymaison.com) <me@thierrymaison.com>; 'Abul Kalam Azad' <azad@tracerbd.com>
**Subject:** document demands

Gentlemen:

Attached are document demands from Tomkins.  One is for all defendants, one is just for Larry and one is just for Thierry.  These need to be prepared and responded to forthwith. I imagine that there is a lot of overlap between these documents and what we provided in the state court case.

Joseph W. Carbonaro, Esq.
CARBONARO LAW, PC