UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

Received in Pro Se Office
Aug 23, 2022, 4:55 PM
via Box.com

-----------------------------------------------------------X

BRAINWAVE SCIENCE, INC.

    Plaintiff

Statement of General Adil Al Eid in Support of Defendant Dr. Lawrence A. Farwell's Affirmation in Response to Order to Show Cause

- against -

Civil Action No.: 21-cv-4402 (BMC-RLM)

ARSHEE, INC., DR. LAWRENCE A. FARWELL, DR. THIERRY MAISON and BRAIN FINGERPRINTING FOUNDATION

    Defendants.

------------------------------------------------------------ X

Attached hereto is a true and accurate copy of the Statement of General Adil Al Eid in support of Defendant Dr. Lawrence A. Farwell's Affirmation in Response to Order to Show Cause.

August 23, 2022

*Lawrence A. Farwell*

Dr. Lawrence A. Farwell

Defendant

28375 Sandy Beach Lane NE
PO Box 547
Kingston, WA 98346
email: brainwave@larryfarwell.com
phone (206) 905-1009
mobile (206) 250-5516



مركز السمات للاستشارات الأمنية

Dr Lawrence A. Farwell It has come to my attention that a company called Brainwave Science run by an Indian named Krishna Ika has claimed and submitted a false and forged "certificate" on his company's website, https://brainwavescience.com/testimonial/.

Here, I confirm that I have not dealt with this company and have never approved Brainwave Science or its iCognative product.

I have worked with Dr Lawrence A. Farwell, inventor of brain fingerprinting, to carry out his invention of brain fingerprinting for Farwell. Farwell Brain has endorsed Fingerprinting in private meetings, public presentations, and television appearances. The original Farwell Brain Fingerprinting technology is the only technology I have endorsed and adopted

Dr AdIL AL Eid

General Manager o.

Semaat security consulting Center



tell + 966503281774   email aeid123@gmail.com   Saudi Arabia Riyadh