RECEIVED IN PRO SE
AUG 30, 2022 @ 6:24 AM
Via Box.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRAINWAVE SCIENCE, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>ARSHEE, INC., DR. LAWRENCE A. FARWELL<br>DR. THIERRY MAISON AND<br>BRAINFINGERPRINTING FOUNDATION,<br><br>    Defendant | Civil Action No.: 21-cv-4402 (BMC - RLM)<br><br>Statement of defendant Dr. Thierry Maison regarding exhibit provided by plaintiff |

Dr. Thierry Maison, being duly sworn, deposed and says as follows:

1) I am a Defendant in the above action.

2) This declaration is made primarily to rebut and respond to dispute some of the exhibit facts made by Krishna Ika in support of BWS's motion.

3) I am not employed or renumerated by Dr. Lawrence Farwell or the Brain Fingerprinting Foundation.

4) This document includes many technical terms that may not be familiar to the reader. To help the comprehension of this document, those technical terms are described in the Terminology appendix of this document.

## Brainwave Science Exhibit D

Brainwave Science presented us with two exhibits that contradict each other (exhibit B and exhibit D). We believe that exhibit D is manipulated and fabricated to influence the case and therefore a fraudulent fact. The first issue version of exhibit B was provided to me in a litigation hold letter on June 22, 2021.

Exhibit B is created using two photos, the Brainwave Science application shown with a blue background, and the Farwell application shown with a green background. Exhibit D is a computer-generated document trying to show the similitude of the applications with Brainwave Science fabricated views spousing the same color background as the Farwell application. On June 29, 2021, I provided Mr. Tomkins with the entire source code from the Farwell application to prove that the proprietary portion of the software was not duplicated. This source code was used by Brainwave Science to fabricate exhibit D.

Statement of defendant Dr. Thierry Maison regarding exhibit provided by plaintiff - 1

May I request that Brainwave Science be forced to provide proof that their software did exist before June 29, 2021, with a green background? This proof must include **Visual Studio** access to the files that create the visual interface (**XAML** files) with a review of the **TFS** change history of those files. Brainwave Science is using an on-premises **TFS** server. AND a validation of the application installer program analyzed for **digital signature**, **modified** and **creation** date, and installed to verify the background color. The **digital certificate** used for **code-signing** is provided by DigiCert (a Microsoft-approved code-signing certificate vendor) and is **timestamped** with web time service. Any failure of providing a functioning application with a green background properly traceable to Brainwave Science development environment (TFS), properly dated before June 29, 2021, with a digital signature will conclude that exhibit D was fabricated and fraudulent.

CodeQuiry exhibit C from Brainwave Science

Additionally, we are questioning the exactitude of the CodeQuiry comparison. What was presented to the tool was all the common and open software portion only, but proprietary sections like the:

- EEG headset interface, the EEG capture software [Brainwave Cognionics directory, Brainwave Quick directory],
- the licensing module [proprietary to Brainwave Science],
- and additional file directories like Interactive Data Display were conveniently omitted.

If the differences have been omitted, of course, the result will yield a very high number, but the result is not true. Any statistical application like CodeQuiry can be manipulated to obtain the desired result. And exhibit C from Brainwave Science is a perfect example of such manipulation.

Dated this 30 of August 30, 2022

Thierry Maison

Statement of defendant Dr. Thierry Maison regarding exhibit provided by plaintiff - 2

# Terminology

**Visual Studio** - Visual Studio Community is a free Integrated Development Environment (IDE) provided by Microsoft. It provides a platform for editing source code, **compiling** source code into binary objects, and assembling those object files into executables that will run your application.  In a multiple developer environment, Visual Studio can connect to a Source Code Control (SCC) for managing the team development.

**Compiling** – is a software development term describing the transformation of software source code into a binary form that can be later assembled into a software executable.

**Executable** – is the final form of a computer program that is ready for execution in the Microsoft Windows environment.  It's usually a file with the filename extension of .exe.  May other files are packaged with the executable, they are DLLs

**Dynamic Linked Libraries DLL** - are binary files with ready-to-run programs.  DLLs are either created by Visual Studio to share a common portion of the program or provided by other projects like open software projects.

**XAML** – (eXtensible Application Markup Language) is a specific computer language for the creation of application user interface.  The XAML language includes all the widgets like buttons, lists, etc. necessary for the view creation.

**Digital Signature** – Digital signatures are created using a Digital Certificate and an encoded portion of the application is signed.  It is used by Microsoft when starting an application to verify that the author of the application is a legitimate software creator.  During the application of a digital signature, the code signing application will contact an NTP server to acquire an accurate timestamp for the signature.

**Digital Certificate** – a digital certificate is issued to an individual or enterprise after that individual or enterprise is completely vetted as a legitimate developer.  The vetting process includes physical contact with the developer, the business is validated for existence, and proper registration with a State for doing business.

**Code Signing** - As a security practice, Microsoft requires that any executables be digitally signed with a digital certificate traceable to a Microsoft-approved Certificate Authority with a Network Time Protocol (NTP) timestamp.

Statement of defendant Dr. Thierry Maison regarding exhibit provided by plaintiff - 3

**Modified** and **Creation** dates: During the development process and for any files created by a computer environment, the creation date of the files is recorded as part of the file format. This is identical to any modification of the file.

**Team Foundation Server** (TFS) - TFS is a free Microsoft-provided server application source code control for an on-premises environment. Today Microsoft has replaced the on-premises server within the computer cloud equivalent called DevOps. The service is free for a team comprising 5 or fewer developers. It is subscription-based for a larger team.

Statement of defendant Dr. Thierry Maison regarding exhibit provided by plaintiff - 4

Brainwave Science v. Arshee et al

21-cv-4402 (BMC)

**Exhibit B** to Affidavit of Krishna Ika




Brainwave Science v. Arshee et al

21-cv-4402 (BMC)

**Exhibit D** to Affidavit of Krishna Ika

This Document lists the screen shots taken from

Brainwave Science's Proprietary iCognative Applications
(Left side under the Brainwave Science's Application as a Heading)

And

Larry Farwell's NeuroDyne Application
(Right side under the Larry Farwell's Application as a Heading)

Side by side



Larry Farwell's Application



Subject Manager

Subject Add/Edit

Brainwave Science's Application



Subject Manager

Subject Add/Edit

# Larry Farwell's Application



# Brainwave Science's Application















## Larry Farwell's Application



Conduct Test Manager



Replay test

## Brainwave Science's Application



Conduct Test Manager



Replay test

## Larry Farwell's Application



Perform Analysis

Subject Instruction Translator

## Brainwave Science's Application



Perform Analysis

Subject Instruction Translator



Larry Farwell's Application

Application Language Setting



Headset Configuration



Brainwave Science's Application

Application Language Setting



Headset Configuration

Larry Farwell's Application



Technical Support                                  About the application

Brainwave Science's Application



Technical Support                                  About the application