## DECLARATION OF SERVICE

I, Paul F. Tomkins, Esq.. an attorney duly admitted to practice law before this Court and in the State of New York, hereby affirm under penalty of perjury that on November 30, 2022, I served a true and copy of Plaintiff's Motion for a Pre-Trial Conference (ECF #104) upon each below-named defendant by ECF and email.

I further affirm, under penalty of perjury, that on November 30, 2022, I also each below-named defendant, by email, with a true and accurate copy of III(A)(2) of Judge Cogan's Individual Practices which provide that

> For all other motions except (1) for provisional remedies, reconsideration, and post-judgment relief, or (2) motions in habeas corpus, social security, and bankruptcy appeals, a pre-motion conference is required before a party may file any motion. Parties must request a pre-motion conference in writing by ECF. The moving party shall submit a detailed letter not to exceed three pages in length setting forth the basis for the anticipated motion, and simultaneously serve the request on all counsel. Parties so served shall serve and file a detailed letter response, not to exceed three pages, within five days from service of the notification letter, unless the Court directs otherwise.

Dr. Lawrence A. Farwell
6838 471h Avenue
Seattle, WA 98115
**VIA ECF and EMAIL: brainwave@larryfarwell.com**

Brain Fingerprinting Foundation
6838 471h Avenue
Seattle, WA 98115
**VIA ECF and EMAIL: brainwave@larryfarwell.com**

Dr. Thierry Mason
7 Gloucester Drive
Franklin, MA 02038
**VIA ECF and EMAIL: me@thierrymaison.com**

Andrew S. Black, Esq.
Gelb and Black, PC
26 Court Street
Brooklyn, NY 11242
**VIA ECF and EMAIL: gelbesq@aol.com**

Dated:  New York, New York
        November 30, 2022

*Paul F. Tomkins*

_____
Paul F. Tomkins