## DECLARATION OF SERVICE

I, Paul F. Tomkins, Esq.. an attorney duly admitted to practice law before this Court and in the State of New York, hereby affirm under penalty of perjury that, on December 16, 2022, I served a true and copies of Plaintiff's Notice of Motion for Partial Summary Judgment, Plaintiff's Notice to Pro Se Litigant Pursuant to Local Civil Rule 56.2, a true and accurate copy of Local Civil Rule 56.1, Plaintiff's Rule 56.1 Statement of Undisputed Facts, Affirmation of Paul F. Tomkins with Exbibits A, B and C thereto, and Plaintiff's Memorandum of Law upon each below- named defendant by ECF/email and United States Postal Service by depositing same in a post office under the care and custody of the United States Postal Service.

Dr. Lawrence A. Farwell
6838 471h Avenue
Seattle, WA 98115
**VIA ECF and US Mail**

Brain Fingerprinting Foundation
6838 471h Avenue
Seattle, WA 98115
**VIA ECF and US Mail**

Dr. Thierry Mason
7 Gloucester Drive
Franklin, MA 02038
**VIA ECF and US Mail**

Andrew S. Black, Esq.
Gelb and Black, PC
26 Court Street
Brooklyn, NY 11242
**VIA ECF and US Mail**

Dated:      New York, New York
            December 16, 2022

Paul F. Tomkins

_____
Paul F. Tomkins