# Paul Forrest Tomkins, Esq.

11 Broadway, Suite 615, New York, NY 10004
607-221-1279 - pault@pftlaw.com

December 26, 2022

Hon. Roanne L. Mann
United States District Court Judge
U.S. Eastern District, New York
225 Cadman Plaza East
Brooklyn, NY 11201
**VIA ECF Filing**

                        RE:    Brainwave Science, Inc. v. Arshee, Inc. et al
                               Case Number: 1:21-cv-04402-BMC
                               **December 20, 2022 Docket Order**

Dear Judge Mann,

      The undersigned appears for Brainwave Science, Inc., the Plaintiff in the above-captioned matter. By Docket Order of December 20, 2022, the Court directed Plaintiff and Defendant Farwell to either submit an executed triparte agreement to Mindfire by December 28, 2022 or, in the alternative, submit separate proposed agreements to the Court by December 29, 2022. I am writing at this time to confirm that Plaintiff and Defendant Farwell have executed a triparte agreement. The executed triparte agreement was forwarded to Mindfire on this date.

      Thank you for your time and consideration of the forgoing. The undersigned remains available at the Court's convenience.

                Respectfully,

                *Paul F. Tomkins*

                _____
                Paul F. Tomkins, Esq.
                *Attorney for Plaintiff*
                *11 Broadway, Suite 615*
                *New York, NY 10004*
                *(607) 221-1279*

cc: Brain Fingerprinting Foundation
**VIA ECF** and email

Dr. Lawrence Farwell
**VIA ECF** and email

Dr. Thierry Maison
**VIA ECF** and email

Arshee, Inc.
**VIA ECF** and email