**FILED
in the Clerk's Office
U.S. District Court,
EDNY, Brooklyn
Dec 30, 2022, 6:41 PM
Pro Se Office via Box.com**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

BRAINWAVE SCIENCE, INC.

*rec in p drive 1/10/23

Plaintiff

Letter from Defendant Dr. Lawrence A. Farwell confirming compliance with Court's Order of December 19, 2022.

- against -

Civil Action No.: 21-cv-4402 (BMC-RLM)

ARSHEE, INC., DR. LAWRENCE A. FARWELL, DR. THIERRY MAISON and BRAIN FINGERPRINTING FOUNDATION

Defendants.

----------------------------------------------------------- X

Honorable Brian M. Cogan
United States District Court Judge
U.S. Eastern District, New York

December 30, 2022

Dear Judge Cogan:

I, Dr. Lawrence A. Farwell, am a defendant in this case.

This Court's Preliminary Injunction ordered as follows:

"Defendants must take any and all commercially-practicable actions to recall or replace any software containing plaintiff's 'confidential or proprietary information' from third parties;"

This Court's Order of December 19, 2022 ordered as follows:

"Dr. Farwell is ORDERED to request the return of all software conveyed to third parties that contains plaintiff's 'confidential or proprietary information,' as defined above, by December 31, 2022."

I am writing to confirm my compliance with both the Preliminary Injunction and the Court's Order of December 19, 2022.

I have corresponded with all third parties to whom I have conveyed software that contains Plaintiff's "confidential or proprietary information," as defined above – or that may be construed as to contain Plaintiff's "confidential or proprietary information." I have also corresponded with all parties to whom I have provided access to such software, such as my colleagues at the University of Canterbury, even though I did not "convey" it to them.

In said correspondence I have both "recalled" and "requested the return of" all such software.

Sincerely,

*Lawrence A. Farwell*

Dr. Lawrence A. Farwell
Defendant